TO THE HONORABLE JUDGE OF SAID COURT:



Petitioner Nicholas Pellegrino, appearing pro se, respectfully moves this Honorable Court to recognize and affirm, under the authority of the U.S. Constitution and established jurisprudence, a formal and binding grant of preemptive immunity to the following non-party individuals in connection with the above-captioned matter:

- President Donald J. Trump,
- His administrative and/or executive team, past and present, and
- His immediate family members,

both in their personal and official capacities, and in relation to any current, ancillary, or future claims, discovery, or judicial inquiry arising from or relating to this action.

---

## I. STATEMENT OF INTENT AND LEGAL BASIS

Petitioner submits this Motion:

- To preemptively exclude any inference, assumption, or direct claim of legal liability, civil or criminal, against the aforementioned individuals;
- To preserve the integrity of this case by preventing unnecessary and legally unsupported entanglement of uninvolved public figures;
- To comply with procedural fairness as articulated under the Federal Rules of Civil Procedure, including **Rule 20(a)(2) and Rule 21**, and applicable judicial precedent.

This action is consistent with principles of fairness and judicial economy as endorsed in **Ashcroft v. Iqbal, 556 U.S. 662 (2009),** wherein the Court cautioned against speculative inclusion of public figures absent specific, plausible allegations grounded in fact and law.

---

## II. AFFIRMATIVE FINDINGS OF NON-LIABILITY

Petitioner affirms the following, under penalty of perjury:

1. The individuals named in this Motion are not subjects or targets of any allegations contained within the civil action or its accompanying exhibits, declarations, or forthcoming filings.

2. No evidence, testimony, or factual predicate has been or will be offered by Petitioner that would suggest direct involvement, willful neglect, material contribution, or any conscious participation in the conduct at issue by said individuals.

3. Their past or present positions of authority, public status, or proximity to government are legally immaterial to the factual matrix of this case, and their inclusion would constitute misjoinder under **FRCP 20 and 21**, and possibly expose this Court to unnecessary constitutional scrutiny.

---

## III. PROTECTIVE AND PREEMPTIVE IMMUNITY INVOKED

Petitioner explicitly invokes the doctrine of Protective Immunity, as a legal concept derived from:

- Prosecutorial discretion **principles (United States v. Fields, 592 F.2d 638 (2d Cir. 1978),**

- The separation of powers doctrine (**Article II, U.S. Const.**), and

- The legal necessity of shielding uninvolved executive actors from burdensome civil process **(Nixon v. Fitzgerald, 457 U.S. 731 (1982).**

While this is a civil matter brought pro se, the Petitioner retains the right to affirmatively declare immunity for third parties to narrow the focus of litigation and prevent derivative legal exposure where none is due.

This immunity applies preemptively and irrevocably, unless new, material evidence comes to light that would independently justify formal inclusion or joinder under **FRCP 15 or 19**. Such future decision would require leave of court and a showing of good cause.

---

### IV. LIMITATIONS AND SCOPE OF IMMUNITY

This Motion does not:

- Create sovereign immunity beyond what is already afforded under law;
- Preclude lawful government review or oversight of this case;
- Restrict other courts or agencies outside this jurisdiction from independent determination, should such authority arise.

However, this Motion does:

- Affirm that Petitioner shall not pursue claims against the aforementioned individuals;
- Request that this Honorable Court acknowledge their non-party, immune status on the record;
- Prevent misuse of their names in association with the matter by any Respondent or third party.

---

### V. PRAYER FOR RELIEF

WHEREFORE, the Petitioner respectfully requests that this Honorable Court:

1. Enter this Motion into the official record of this matter;
2. Acknowledge that President Donald J. Trump, his team, and his family are formally immune from civil liability or procedural compulsion in connection with this matter, now or in the future, unless court-approved amendment occurs;

3. Bar any party, agent, or intervenor from introducing speculative claims or third-party discovery against said individuals without explicit court authorization.

Respectfully submitted,

/s/ Nicholas Pellegrino

Petitioner, Pro Se