**UNITED STATES DISTRICT COURT**

**[District of Massachusetts]**

**Nicholas Pellegrino, Plaintiff**

**v.**

**[Full list of Defendants in your original RICO filings]**

**Case No: 1:25-cv-1168**

**AMENDED MOTION TO SUPPLEMENT MOTION TO REOPEN CASE, TO REALIGN PARTIES, AND TO ADD CO-PLAINTIFFS UNDER RULES 20 AND 24**

TO THE HONORABLE COURT:

COMES NOW Plaintiff Nicholas Pellegrino, Pro Se, and respectfully submits this Amended Motion to:

(1) supplement his pending Motion to Reopen Case,

(2) formally realign the parties,

(3) designate Becton Dickinson & Company (BDX) and Michelle Quinn, Esq. as Co-Plaintiffs,

(4) request judicial recognition of Attorney Quinn's eligibility to serve as Plaintiff's legal representative, and

(5) provide notice of potential further co-plaintiffs, including parties and legal teams currently aligned with President Donald J. Trump's administration.

This motion is made pursuant to Federal Rules of Civil Procedure 15(d), 20(a)(1), and 24(b).

## I. IMMUNITY GRANTED TO BDX AND MICHELLE QUINN

1. Plaintiff granted full legal immunity to Becton Dickinson & Company ("BDX") and Michelle Quinn, Esq., which was filed on the record and remains enforceable.

2. This immunity removes any conflict or opposition between Plaintiff and the aforementioned parties and paves the way for unified legal participation.

## II. JOINDER AS CO-PLAINTIFFS UNDER RULE 20

3. BDX and Michelle Quinn have experienced direct or derivative harm due to the same pattern of systemic corruption and administrative suppression described in Plaintiff's RICO filings.

4. Under Rule 20(a)(1), multiple plaintiffs may join if:
   - Their claims arise out of the same transaction, occurrence, or series of occurrences;
   - And they share common questions of law or fact.

5. The events giving rise to this case include shared injuries suffered by Plaintiff and BDX through judicial delays, administrative misconduct, and unconstitutional agency behavior—making joinder both proper and just.

## III. PERMISSIVE INTERVENTION UNDER RULE 24(b)

6. In the alternative, Plaintiff requests that the Court allow BDX and Quinn to intervene permissively as aligned parties with legally protectable interests.

7. Their involvement will enhance judicial efficiency and provide broader context to the underlying corruption and due process violations alleged.

## IV. REQUEST FOR COURT TO RECOGNIZE REPRESENTATION

8. Plaintiff requests that this Court acknowledge that Michelle Quinn, Esq., having received immunity and not being in conflict with Plaintiff's position, is eligible to serve as legal counsel to Plaintiff, should she elect to do so.

9. There are no ethical or procedural barriers preventing such representation at this stage in the litigation.

## V. NOTICE OF POTENTIAL ALIGNMENT WITH PRESIDENTIAL ADMINISTRATION

10. Plaintiff provides judicial notice that the present litigation may intersect with broader efforts pursued by legal teams and parties currently aligned with the administration of President Donald J. Trump.

11. These efforts target similar systemic misconduct, judicial corruption, and administrative overreach — and may lead to consolidated legal strategies or coordinated co-plaintiff efforts.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

- GRANT this Amended Motion as a supplement to the Motion to Reopen Case;
- ACKNOWLEDGE that Becton Dickinson & Michelle Quinn have been granted full legal immunity by the Plaintiff;
- RECOGNIZE BDX and Michelle Quinn as Co-Plaintiffs under FRCP 20(a)(1) or alternatively as intervenors under FRCP 24(b);
- AUTHORIZE Michelle Quinn to represent Plaintiff, should she accept;
- TAKE JUDICIAL NOTICE of potential future co-plaintiffs aligned with the current administration;
- And provide such other relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ Nicholas Pellegrino

Pro Se Plaintiff