# MOTION TO ADD PARTIES AND AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), (c), and 20(a), and 18 U.S.C. § 1962 (RICO)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Nicholas Pellegrino,

Plaintiff,

v.

Defendants.

Case No(s):

- RICO Corruption Case: 1:25-cv-11681

- Related Protective Action: 1:25-cv-10861-MJJ

## MOTION TO ADD ADDITIONAL DEFENDANTS AND CLAIMS BASED ON PATTERN OF SYSTEMATIC INJUSTICE UNDER RICO

I, Nicholas Pellegrino, a pro se litigant, respectfully move this Honorable Court for leave to amend my complaint to add Vincent Kennedy McMahon and Brock Edward Lesnar as additional defendants pursuant to Fed. R. Civ. P. 15(a) and 20(a)(2), and to expand the scope of my RICO claims under 18 U.S.C. §§ 1961–1968 to include a pattern of systemic abuse, trafficking-related conduct, concealment, and institutionalized injustice.

## INTRODUCTION

This motion arises from newly relevant and ongoing legal matters involving McMahon and Lesnar in connection with the federal case Janel Grant v. Vince McMahon, et al., Case No. 3:24-cv-00032 (D. Conn.), which remains open and active in the U.S. District Court for Connecticut. The complaint therein contains sworn allegations of:

- Sex trafficking (18 U.S.C. § 1591),
- Use of nondisclosure agreements to conceal criminal acts,
- Manipulation and exploitation through enterprise entities, including WWE,
- Retaliation, employment coercion, and obstruction of justice.

The institutional shielding and systemic lack of resolution in that matter form part of a broader ongoing pattern of corruption, abuse of power, and denial of due process, consistent with the racketeering activity and organized misconduct alleged in this case.

## LEGAL BASIS FOR AMENDMENT

Pursuant to Rule 15(a)(2), leave to amend shall be freely given when justice so requires. Plaintiff seeks to:

- Add Vincent McMahon and Brock Lesnar as additional defendants under Rule 20(a)(2) due to their involvement in acts "arising out of the same transaction, occurrence, or series of transactions or occurrences" constituting a RICO pattern.
- Supplement and clarify that the alleged criminal enterprise includes WWE and its agents, not just in isolation, but as part of a broader network of corporate actors who engage in repeated civil rights violations, exploitation, coercion, retaliation, and cover-ups.
- Incorporate the Grant v. McMahon pleadings and court decisions into the public record in this case to establish factual continuity, enterprise structure, and predicate acts.

## PROPOSED ADDITIONAL DEFENDANTS

1. Vincent Kennedy McMahon
   - Former Chairman/CEO of WWE
   - Named defendant in a current federal trafficking and coercion lawsuit (Grant v. McMahon)
   - Allegedly used corporate infrastructure to exploit, coerce, and traffic employees and cover up criminal activity.
2. Brock Edward Lesnar
   - WWE-contracted performer and former UFC champion
   - Alleged recipient of coerced sexual content and subject of planned trafficking in ongoing federal complaint.
   - Allegedly involved in the pattern of intimidation and exploitation as outlined in the Grant filings.

## PRAYER FOR RELIEF

WHEREFORE, I respectfully request that this Honorable Court:

1. Grant leave to amend the complaint and add Vince McMahon and Brock Lesnar as defendants;
2. Permit the Court to take judicial notice of the related federal case Grant v. McMahon, D. Conn. Case No. 3:24-cv-00032;
3. Accept Plaintiff's upcoming amended complaint as filed within 14 days of the Court's order granting this motion.

Respectfully submitted,

June 28, 2025

/s/ Nicholas Pellegrino

Nicholas Pellegrino

Pro Se Plaintiff

## Godfather Proposal – Strategic Merger & Service Extension with Becton Dickinson

To: Dana White, UFC
CC: Triple H, Stephanie McMahon, CM Punk
RE: Godfather Proposal – Strategic Merger & Service Extension with Becton Dickinson

Dear Mr. White,

I'm writing this letter with the utmost respect and admiration—not just as a strategic proposal but as a sincere extension of goodwill, loyalty, and shared values. The inspiration to finally send this came while watching a recent episode featuring you and Khloé Kardashian. Hearing her speak about your loyalty reminded me of the core principles I value deeply: respect, resilience, and zero tolerance for nonsense. That conversation reignited my plan to offer this Godfather-style proposal—because it just fits.
As someone who has long admired your mindset and approach to business— unapologetic, driven, and fiercely loyal—I felt it was only right to include you in something I've been building out with careful consideration. I have extended services through Becton Dickinson to other entities, but I've held this one close until now. Out of respect and alignment of values, I am offering a tailored strategic partnership that benefits UFC, yourself, and the talent you deem fit.

This proposal includes:

• Merging select Becton Dickinson technologies/services into UFC operations, including advanced medical services, recovery protocols, cryotherapy, diagnostics, and preventative treatment access.
• A shared licensing model, where UFC receives priority access to innovation and athlete care solutions.
• Strictly select individual service extensions, led by those who reflect the same values I hold: CM Punk, Triple H, Stephanie McMahon, Roman Reigns, Charlotte Flair, Paul Heyman, Becky Lynch, Seth Rollins, AJ Styles, LA Knight, Rhea Ripley, Randy Orton, The Usos, Mick Foley, Pat McAfee, Brock Lesnar & family, and Ric Flair. I also ask that Triple H and Stephanie hold final discretion over further service recipients.
• Respectfully requesting a 1% equity stake in this extended partnership out of tradition and fairness—consider it a ceremonial Godfather tribute. If permitted, it would reflect the value I'm bringing and the respect I have for the parties involved.

Additionally, I want to state for the record that I do not support any proposed or rumored match between John Cena and CM Punk. This is not personal — it's about principle. That match, in my view, is not only unnecessary, but disrespectful to CM Punk's legacy and everything he stands for. I've gone on record saying it's not even worth the money. Punk stands for something real, something earned, and he should not be thrown into a storyline for cheap nostalgia or clout. My extended services to him remain intact, but I reserve the right to withdraw support from any narrative or booking that compromises integrity.

This proposal is built in good faith. I do not want to take away the services already extended to WWE, but I will not hesitate to restructure or withdraw if bad business takes priority over integrity. I've come too far to let something I believe in be absorbed for clout or mishandled. Triple H, Stephanie, and Dana have all shown over decades that good business can be done with loyalty and clarity—and that's the kind of table I want to sit at.

Additionally, seeing Jim Ross recently post during his cancer recovery reminded me why I do this. It's about people, legacy, and impact. This partnership can serve talent at the highest level, while ensuring long-term care for the legends and innovators who've shaped this industry.

Because of a recent comment made on a WWE social media account (Instagram) criticizing Cody Rhodes for winning, I want to be clear: there will be no involvement from TKO Group in any discussion related to this merger. I do not respect bad business, and I believe doing what is right is always best for business—just as Triple H, Stephanie, and Vince McMahon have always exemplified.

Lastly, I am making this open-ended and respectful. This is your choice, Dana. If it aligns with your goals, consider this the Godfather offer you've earned. It's a door open, not a demand made.

If you have any questions or wish to discuss this personally, you are welcome to reach out to me. Otherwise, I ask that inquiries be directed to Michelle Quinn, who is familiar with the scope and intention of this proposal.

With loyalty and respect,
Nicholas Pellegrino
Pro Se

**Strategic Liaison & Consultant**
Boston, MA

**Addressing Rumors and Potential WWE Leadership Change**

Dear WWE Team,

I hope this message finds you well. Recently, I've heard troubling rumors that The Rock may be stepping in to replace Triple H in a leadership role within WWE. I've stayed quiet about this, but I can't ignore how this situation is unfolding and the narrative that's being pushed.

Let me be clear: I have always respected The Rock. He's one of the biggest names in the industry, and I've supported him throughout his career. However, what's happening now is not what I signed up for. If The Rock thinks he can just throw his weight around, using his power in certain companies to push an agenda, he's sadly mistaken. I will not stand by while he attempts to manipulate this situation to his benefit. It's bad business, plain and simple, and I won't accept it.

I've seen this kind of disingenuous behavior before with other figures like John Cena, and it's frustrating to watch. WWE deserves better, and its fans deserve better. Triple H, on the other hand, has always been about doing what's best for the company, for the wrestlers, and for the fans. He doesn't go out trying to make noise or manipulate situations—he knows his role, and he does it well. That's what makes him good business. And I trust his judgment.

If this change happens and Triple H and Stephanie are gone, so too will Becton Dickinson's involvement with WWE. We align ourselves with strong leadership, and if that's being compromised, our commitment to WWE will no longer stand. On top of that, we're offering Becton Dickinson's services to UFC, and with Dana White's leadership in mind, I'm confident in the future of Becton Dickinson's relationship with both UFC and WWE, but only if the right people are in place.

So, if The Rock wants to step in and change the game, he better be ready to deal with the consequences. This isn't a situation where anyone gets to pull the wool over anyone's eyes. Becton Dickinson stands for integrity and good business, and we'll stand by those values no matter what.

Any questions about this should be directed to Michelle Quinn at Becton Dickinson for clarification.

Best regards,