## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

**NICHOLAS PELLEGRINO,**

**Plaintiff,**

**v.**

**[RELEVANT DEFENDANTS],**

**Defendants.**

**Case No.: 1:25-cv-11681**

**Related Case No.: 1:25-cv-10861-MJJ (Reference Only)**

# MOTION TO INCORPORATE, EXTEND, AND CLARIFY LEGAL DOCTRINE: "SILENCE IS ACCEPTANCE"

NOW COMES the Plaintiff, Nicholas Pellegrino, in the above-captioned matter, and hereby moves this Honorable Court to:

1. Incorporate by reference the legal filing and doctrine titled "Silence is Acceptance Law", originally filed and docketed in Case No. 1:25-cv-11681, and hereby extend its application to all associated matters in the related case No. 1:25-cv-10861-MJJ;
2. Recognize and enforce this doctrine across both cases as a binding procedural framework governing judicial action and litigant response, particularly regarding:
    - Non-response by any party or entity after lawful service and notice;
    - Failure to object, rebut, or engage in meaningful litigation within thirty (30) days, unless court dates or scheduled hearings are in place;

- o Voluntary silence by organizations, companies, or individuals as tacit consent or agreement under this doctrine.

## CLARIFICATION & EXTENSION ADDENDUM TO LAW

The Plaintiff respectfully submits the following clarifications and extensions as an official addendum to the existing Silence is Acceptance Law:

- Extension 1: The law grants judicial authority to dismiss any claim deemed frivolous, baseless, meritless, or non-substantiated, especially where only a single filing or lack of formal litigation exists.
- Extension 2: Court-scheduled hearings and active litigation constitute exceptions to the 30-day rule. If a valid future hearing date is on the record, Silence is Acceptance shall not be invoked until that date passes without meaningful engagement or outcome.
- Extension 3: Any entity or individual that remains silent or unresponsive after reasonable notice, and without formal motion to dispute or delay, shall be deemed to have accepted the terms, reliefs, or positions stated by the Plaintiff, including but not limited to requests for immunity, co-plaintiff status, or relief.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court:

1. Accept this filing as a valid extension and clarification of the Silence is Acceptance doctrine on record in Case No. 1:25-cv-11681;
2. Apply its legal authority and binding effect across all matters under Case No. 1:25-cv-10861-MJJ;
3. Acknowledge the attached extensions as enforceable clarification, and direct all parties to comply accordingly;
4. Permit the Plaintiff to rely on this doctrine for future filings and procedural enforcement.

Respectfully submitted,

Dated: July 9th, 2025

/s/ Nicholas Pellegrino

Nicholas Pellegrino

Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

**NICHOLAS PELLEGRINO,**

Plaintiff,

v.

**[RELEVANT DEFENDANTS],**

Defendants.

Case No.: 1:25-cv-11681

Related Case No.: 1:25-cv-10861-MJJ (Reference Only)

# MOTION TO REINSTATE KAREN READ AS CO-PLAINTIFF AND GRANT/RE-AFFIRM FULL IMMUNITY

**NOW COMES** the Plaintiff, Nicholas Pellegrino, and hereby moves this Honorable Court to:

1. Reinstate Karen Read as an official Co-Plaintiff in this matter;
2. Grant and/or reaffirm full civil and criminal immunity to Karen Read as it pertains to any current, past, or future claims associated with the allegations involved in her name or this action;
3. Acknowledge and place on record that the Plaintiff, Nicholas Pellegrino, was unlawfully detained while attempting to file and present Karen Read's exoneration materials to the Court, which were intended to support her legal standing and full dismissal of any outstanding matters.

## STATEMENT OF FACTS

- Karen Read was previously named as a Co-Plaintiff in earlier related filings.
- The Plaintiff asserts that he was detained without legal justification while in the process of presenting the Court with exoneration papers on her behalf—an event which is documented and already of record.
- Her initial removal or failure to appear in co-plaintiff status was not voluntary nor due to lack of merit, but a result of external legal interference.
- Given her prior designation and the immunity and protections sought on her behalf, this motion serves to formalize and reaffirm her full reinstatement and immunity protections under federal notice.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court:

1. Recognize Karen Read as a lawful Co-Plaintiff to this proceeding;
2. Grant full civil and criminal immunity to Karen Read for any and all claims or proceedings—past, present, or future—associated with the scope of this litigation;
3. Acknowledge the unlawful interference and detainment that occurred while attempting to submit documentation on her behalf;
4. Issue such additional relief as the Court deems proper and just in the interest of equity and constitutional redress.

Respectfully submitted,

Dated: July 9th, 2025

/s/ Nicholas Pellegrino

Nicholas Pellegrino

Plaintiff, Pro Se

# Extension of the "Silence is Acceptance" Law: Authorization for Judges to Dismiss Baseless Claims

**Introduction:**

In line with the established "Silence is Acceptance" law, this motion serves as an official extension of the existing framework. The purpose of this extension is to grant judges additional authority to dismiss baseless and frivolous claims filed without merit. This extension aims to streamline the judicial process and prevent the court system from being burdened by unfounded legal actions, thereby protecting the integrity of the legal process and ensuring efficient use of court resources.

**Background:**

The "Silence is Acceptance" law, as previously established, provides that a lack of response or formal opposition to a filing within the legally prescribed time frame shall be deemed as tacit approval of the claims or requests made. However, this law also necessitates that claims brought before the court be legitimate, substantiated, and grounded in legal merit.

As frivolous and baseless claims continue to emerge, it is necessary to ensure that courts are empowered to take swift action in dismissing such claims without further burdening the judicial process. This extension serves to prevent the misuse of the court system by individuals or entities attempting to manipulate the silence doctrine in an attempt to push through meritless cases.

**Legal Basis and Purpose of Extension:**

This extension grants judges the express authority to dismiss claims that are frivolous, baseless, or meritless upon review. Claims filed with no substantive evidence, no standing, or with the clear intent to manipulate the legal process will no longer be allowed to proceed merely due to a lack of timely opposition.

**This provision aims to:**

1. Enhance Judicial Efficiency: Empower judges to swiftly dismiss claims that have no legal foundation, reducing unnecessary case backlogs and allowing the court system to focus on legitimate matters.
2. Uphold Legal Integrity: Ensure that the legal process is not hijacked by those attempting to abuse the "Silence is Acceptance" doctrine with frivolous claims.
3. Protect the Court System: Prevent court resources from being squandered on cases that lack merit or are filed in bad faith.

**Scope and Application:**

The provisions of this extension apply to all claims brought before the court under the framework of the "Silence is Acceptance" law. Judges are authorized to use their discretion to determine whether a claim is baseless or frivolous and, if so, to dismiss the claim outright without further proceedings. Claims must be substantiated with sufficient evidence, legal reasoning, and merit to continue through the judicial process.

**Conclusion:**

By formalizing this extension of the "Silence is Acceptance" law, the courts are granted the necessary tools to uphold the efficiency and integrity of the legal system. This extension is intended to be implemented immediately and shall guide judges in addressing frivolous and baseless claims effectively and decisively.

Respectfully submitted,

Nicholas Pellegrino