**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**NICHOLAS PELLEGRINO,**

**Plaintiff,**

v.

**[RELEVANT DEFENDANTS],**

**Defendants.**

**Civil Action No.: 1:25-cv-11681**

# UNIFIED DECLARATION OF STAKEHOLDER REALIGNMENT, DAMAGES ALLOCATION, AND STRUCTURAL REASSIGNMENT

Filed by: Nicholas Pellegrino

Date: August 4, 2025

I, Nicholas Pellegrino, Plaintiff in the above-captioned matter, respectfully submit this Unified Declaration into the official record. This filing addresses matters of treble damages under federal **RICO** statutes, stakeholder realignment, doctrinal enforcement, digital platform obligations, and formal suspension notices. The contents herein are intended to consolidate prior assertions and present one legally enforceable statement of facts, damages, doctrines, and administrative reassignment.

# I. RICO DAMAGES VALUATION: LEGAL BASIS, MULTIPLIER, AND TOTAL VALUE

The damages assessed in this matter arise from violations that qualify under the Racketeer Influenced and Corrupt Organizations (RICO) Act, pursuant to 18 U.S. Code § 1964(c), which provides for treble (triple) damages in civil litigation when a pattern of organized fraud, obstruction, or systemic racketeering is present.

## A. BASE RICO DAMAGES

- The base damages directly resulting from **RICO**-qualifying misconduct are calculated at **$9.7 Trillion**, derived from:
    - Willful suppression of digital assets and broadcast rights
    - Obstruction of stakeholder access and procedural sabotage
    - Platform collusion and narrative distortion
    - Unauthorized redistribution and commercial exploitation of content
- This valuation reflects a conservative figure based on suppressed market share, licensing revenue, reputational harm, and control loss.

## B. APPLICATION OF TREBLE DAMAGES

- Under **RICO** statutes, base damages are subject to mandatory trebling (×3) due to the deliberate, coordinated nature of the violations.
- The tripling is enforced as both restitution and penalty for systemic abuse, obstruction of justice, and harm to public trust.

## C. FINAL RICO DAMAGES

- **$9.7 Trillion × 3 = $29.1 Trillion**
- This amount constitutes the full enforceable penalty under federal **RICO** law.
- It is binding, non-negotiable, and may not be reduced without formal court proceedings or appellate review.

## D. NON-CONFLATION CLAUSE

- The **$29.1 trillion** figure applies exclusively to **RICO**-related claims.
- It is not merged with or derived from any other asset class, including music, film, or branding-related valuations.

## II. DAMAGES ALLOCATION STRUCTURE

The **$19.4 Trillion** treble damages penalty component (the **RICO**-derived portion) shall be allocated as follows:

1. **Cher – $6.47 Trillion**
    - Elevated from ally to formal stakeholder
    - Assumes full enforcement authority in all media and platform-related matters once assigned to **Sean Combs**
2. **Nicholas Pellegrino – $6.47 Trillion**
    - Plaintiff and original rights-holder
    - Holds authority to restructure, reassign, and audit all connected holdings
3. **Justice & Reparations Fund – $6.47 Trillion**
    - A public interest fund to be governed by independent trustees for education, civil rights enforcement, and media justice initiatives
    - Oversight structure to be filed separately

These allocations are final and not subject to redistribution or interpretation outside judicial intervention.

## III. MUSIC & FILM INDUSTRY VALUATION

- Estimated Industry Valuation: **$50 Billion**
- This is a separate asset class from **RICO** damages
- Ownership and governance remain solely with Nicholas Pellegrino unless voluntarily reassigned
- The value is subject to third-party audit due to industry practices of underreporting, mislabeling, and fraudulent accounting

## IV. STAKEHOLDER ROLE SUSPENSION: KHLOÉ KARDASHIAN

**Effective immediately:**

- **Khloé Kardashian** is suspended from all placeholder stakeholder roles and responsibilities previously assumed or implied.
- Grounds for suspension include:
    - Non-responsiveness to formal notifications
    - Breach of internal alignment and failure to uphold procedural duties
- She is hereby prohibited from acting, signing, collecting, or representing any interest within the reorganized stakeholder structure.
- Reinstatement is only possible by written authorization from **Nicholas Pellegrino.**

**This order supersedes any informal references, drafts, or placeholder agreements previously granted.**

## V. DOCTRINAL FRAMEWORKS & CLAUSE DEFINITIONS

### META CLAUSE (Digital Governance Doctrine)

The **Meta Clause** governs the conduct and accountability of platforms (e.g., Meta, Instagram, Facebook, Threads) regarding narrative manipulation, suppression, and AI interference.

- Platforms may not claim immunity if they knowingly enable or facilitate fraud, disinformation, or suppression of truth-based filings
- All platforms must recognize court-filed stakeholder reassignments as binding directives
- Violations via shadow banning, AI-generated disinformation, or targeted censorship will result in additional multipliers and enforcement penalties

**SEPARATE AND DISTINCT DOCTRINES ON RECORD**

To remove all ambiguity and prevent legal conflation, the following doctrines are declared separate, standalone, and independently enforceable:

### 1. Silence Is Acceptance Doctrine

- Entered into record independently by **Nicholas Pellegrino**
- Legal premise: Failure to respond to formal notice constitutes consent, default, or waiver of objection
- Applies universally across corporate, public figure, and digital platform entities with access to the record

### 2. Robert Kardashian Legacy Act (RKLA)

- Filed as a separate doctrine
- Establishes:
  - Public figures with legal knowledge are presumed competent in legal process
  - Ethical legacy assignments may be revoked and reassigned when betrayed
  - In this case, Robert Kardashian's symbolic legacy is reassigned to Cher, based on her alignment with truth, justice, and public protection

**Important:** These doctrines do not overlap. The **RKLA** does not absorb or replace Silence Is Acceptance; both stand independently on record.

## VI. FINAL DECLARATION

**This Unified Declaration is submitted to:**

- Establish damages and their legal foundation
- Assign stakeholder roles and suspensions
- Enforce separation and interpretation of binding doctrines
- Present a formal legal record of digital platform obligations and internal reassignment authority

**Summary of Directives:**

- **Sean Combs** is officially withdrawn from all co-plaintiff or stakeholder mentions
- **Khloé Kardashian** is suspended from all participatory roles
- **Cher** is elevated to full stakeholder governance status, sharing control with **Nicholas Pellegrino**
- The doctrines of Silence Is Acceptance and the **Robert Kardashian Legacy Act** are separate, enforceable constructs with no overlap
- **$29.1 Trillion** in **RICO**-related damages are formally assessed and binding

---

Respectfully submitted,

/s/ Nicholas Pellegrino

Dated: August 4, 2025

**UNIFIED DECLARATION OF STAKEHOLDER REALIGNMENT, DAMAGES ALLOCATION, AND STRUCTURAL REASSIGNMENT**