**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**NICHOLAS PELLEGRINO,**

**Plaintiff,**

**v.**

**[DEFENDANTS],**

**Defendants.**

**Civil Action No.: 1:25-cv-11681**

# EMERGENCY MOTION FOR INJUNCTIVE RELIEF TO PREVENT UNAUTHORIZED USE, PUBLICATION, OR DISTRIBUTION OF PLAINTIFF'S CREATIVE AND LEGAL INTELLECTUAL PROPERTY

**NOW COMES** the Plaintiff, Nicholas Pellegrino, Pro Se, and respectfully moves this Honorable Court to issue an Emergency Injunction barring Defendants and any affiliates, media entities, or third parties acting in coordination with them from:

1. Publishing,
2. Referencing,
3. Derivatively adapting,
4. Distributing, or
5. Mimicking the Plaintiff's intellectual, legal, or narrative properties.

## LEGAL STANDARD & BASIS

**Emergency injunctive relief is appropriate when:**

- The Plaintiff is likely to succeed on the merits;
- The Plaintiff will suffer irreparable harm absent relief;
- The balance of equities favors the Plaintiff; and
- The injunction is in the public interest.

**(Winter v. Natural Resources Defense Council, 555 U.S. 7 (2008); eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388 (2006))**

## FACTUAL BASIS

**Plaintiff has shown that:**

- He holds legal authorship and dominion over an ongoing creative legal-media structure (see Motion #2),
- Third parties appear to be preparing to use or distort this IP without consent, and
- The damage to Plaintiff's control and reputation is immediate, reputational, and irreparable.

## RELIEF REQUESTED

Plaintiff requests the Court to issue an immediate Order barring any use or distribution of Plaintiff's content or brand structure without written approval, pending final adjudication of this case.

Respectfully submitted,

/s/ Nicholas Pellegrino

Plaintiff, Pro Se

Dated: August 4, 2025