**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**NICHOLAS PELLEGRINO,**

**Plaintiff,**

**v.**

**[RELEVANT DEFENDANTS],**

**Defendants.**

**Civil Action No.: 1:25-cv-11681**

# PLAINTIFF'S MOTION FOR COURT ACKNOWLEDGEMENT AND ENFORCEMENT OF AWARDS AND ORDERS

**NOW COMES** the Plaintiff, Nicholas Pellegrino ("Plaintiff"), and respectfully moves this Honorable Court to issue an order formally acknowledging all rights, entitlements, and monetary awards previously determined, stipulated, or otherwise due to the Plaintiff, and to compel immediate enforcement of same, in order to protect the Plaintiff's property interests, ensure compliance by all parties, and prevent further delay or interference.

## I. PURPOSE OF THIS MOTION

**This Motion seeks two primary remedies:**

1. Acknowledgement — A formal judicial recognition, entered into the record, of all amounts, property, and legal rights owed to the Plaintiff, including but not limited to the full sum of **Thirty Trillion U.S. Dollars ($30,000,000,000,000) and associated allocations (including but not limited to $2,000,000,000 lifetime funding for Ashley Elizabeth Fliehr, and $2,000,000,000 initial allocation for Plaintiff),** as well as any and all related interests, rights, or legal immunities already established.
2. Enforcement — An order directing the immediate execution, transfer, or otherwise enforceable action ensuring the Plaintiff has full and unimpeded access to all such amounts and rights, dollar-for-dollar, without obstruction, interference, or conditional delay, including access via secure financial instruments (e.g., black card, wire, or other equivalent).

## II. LEGAL BASIS

**The Court has the inherent authority to:**

- Enforce its own orders and judgments, **see Chambers v. NASCO, Inc., 501 U.S. 32 (1991);**
- Prevent obstruction of justice and secure the due administration of law, **see Ex parte Robinson, 86 U.S. 505 (1873);**
- Issue equitable relief to prevent irreparable harm and ensure the full benefit of a legal entitlement, **see Weinberger v. Romero-Barcelo, 456 U.S. 305 (1982).**

## III. RELIEF REQUESTED

Plaintiff respectfully requests that this Court issue an Acknowledgement and Enforcement Order that includes:

1. Recognition of Plaintiff's full entitlement to the stated awards and rights, specifically the **Thirty Trillion Dollar ($30,000,000,000,000)** total sum and related allocations.

2. Immediate enforcement by all necessary agencies, institutions, and persons to facilitate full and unrestricted access to said funds and rights.
3. Protective provisions ensuring that no party—governmental, corporate, or private—may obstruct, diminish, withhold, or otherwise interfere with the execution of these rights.
4. Confirmation of immunity for designated parties, including Michelle Quinn, as recognized legal counsel for Plaintiff, with full protection from retaliation.
5. Permanent injunction against any act that delays or alters the immediate execution of this Order.

---

**WHEREFORE,** Plaintiff respectfully prays that this Honorable Court grant the relief requested herein, enter the Acknowledgement and Enforcement Order into the record, and direct immediate compliance.

Respectfully submitted,

Dated:

/s/ Nicholas Pellegrino

Plaintiff, Pro Se