UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


NICHOLAS PELLEGRINO,

Plaintiff,


v.


[RELEVANT DEFENDANTS],

Defendants.


Civil Action No.: 1:25-cv-11681

---

## MOTION TO ALLOCATE LIFETIME FUNDING, SERVICES, AND IMMUNITY TO CHARLOTTE FLAIR (ASHLEY ELIZABETH FLIEHR)

---

Plaintiff Nicholas Pellegrino respectfully moves this Court to order the following relief for Charlotte Flair (Ashley Elizabeth Fliehr), and states as follows:

## I. BACKGROUND

1. Plaintiff asserts an ownership interest and authority over certain industry assets and funds related to film, music, and related business ventures.
2. Plaintiff seeks to secure and protect the interests and well-being of Charlotte Flair, a valued beneficiary connected to these interests.

## II. REQUESTED ALLOCATIONS AND PROTECTIONS

1. **Lifetime Funding Allocation**
    - 
        - An allocation of **$2,000,000,000 (Two Billion USD)** shall be established as a lifetime fund for Charlotte Flair (Ashley Elizabeth Fliehr), to be held in trust or an appropriate financial vehicle that allows full, unrestricted access and discretion by the beneficiary.
        - This fund shall cover, without limitation, healthcare, personal protection, lifestyle needs, legal fees, business ventures, or any other expenses the beneficiary deems necessary.
        - The fund shall be binding upon the Court's order, enforced by the relevant authorities, and accessible immediately to Charlotte Flair's legal team.
    - 
2. **Healthcare and Protective Services via Becton, Dickinson and Company (BD)**
    - 
        - Charlotte Flair shall be granted full lifetime access to all healthcare services, technologies, and treatments provided by Becton, Dickinson and Company (BD), funded from the allocated resources as necessary.
        - Additionally, full military-grade protection and security services shall be provided to Charlotte Flair throughout her lifetime as part of the comprehensive support package.
    - 
3. **Extension of Private Citizen Status**

    Plaintiff requests that Charlotte Flair be granted private citizen status to afford her all applicable legal protections under federal and state laws, including protection from undue media exposure or harassment.

4. **Full Civil and Criminal Immunity**

    Charlotte Flair shall be granted full civil and criminal immunity from any past, present, or future claims or charges related to the scope of this funding, services, or any associated matters, effective immediately.

5. **Legal Contact**

    - Should Charlotte Flair's legal team have any questions or require coordination, all inquiries shall be directed to:

    **Michelle Quinn, Esq.**

## III. ENFORCEMENT

- This motion is to be considered binding upon the stamping of the Court's order.
- No party shall be permitted to impede or interfere with Charlotte Flair's access to the funding, services, or protections detailed herein.
- Any attempt to obstruct or challenge this order shall be met with immediate legal remedies, as appropriate.

## IV. REQUEST FOR MEETING

- Plaintiff respectfully requests the opportunity to meet with Charlotte Flair or her representatives at a mutually convenient time to discuss any matters related to this motion and ongoing cooperation.

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court grant this motion and issue an order in accordance with the terms set forth above.

Respectfully submitted,

Nicholas Pellegrino

Plaintiff, Pro Se

Date: