**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

---

**NICHOLAS PELLEGRINO,**

**Plaintiff,**

**v.**

**[RELEVANT DEFENDANTS],**

**Defendants.**

**Civil Action No.: 1:25-cv-11681**

---

## PLAINTIFF'S ACKNOWLEDGEMENT & ENFORCEMENT ORDER

---

**NOW COMES** Plaintiff Nicholas Pellegrino, appearing pro se, and respectfully submits this Acknowledgement & Enforcement Order for entry into the record, to bind all relevant parties and authorize immediate enforcement, stating as follows:

---

## I. PURPOSE

**This filing serves as:**

1. Constructive and actual notice to all parties, agencies, and individuals, whether named or unnamed; and

2. An enforcement directive to ensure full compliance with applicable law and court orders;
3. A protective measure to preclude claims of ignorance, lack of service, or procedural evasion.

## II. ACKNOWLEDGEMENT

### 1. Binding Notice

All parties are deemed to have received and acknowledged this filing under constructive notice and actual notice principles as recognized in **United States v. L.A. Tucker Truck Lines, 344 U.S. 33 (1952) and Greene v. Lindsey, 456 U.S. 444 (1982).**

### 2. No Excuse Clause

Failure to read, respond, or comprehend this filing shall not constitute a valid defense. **See Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950).**

### 3. Universal Application

This Acknowledgement applies regardless of jurisdiction, agency, or organizational status.

## III. ENFORCEMENT

### 1. Jurisdiction

**This Order is enforceable in all state, federal, and administrative courts pursuant to the Supremacy Clause, U.S. Const. art. VI, cl. 2, and Ex parte Young, 209 U.S. 123 (1908).**

### 2. Immediate Execution

**No further hearings or notices are required prior to enforcement. See Walker v. City of Birmingham, 388 U.S. 307 (1967).**

## IV. REMEDIES & PENALTIES

**The Court and enforcement authorities are authorized to impose:**

- **Compensatory and punitive damages (BMW of N. Am., Inc. v. Gore, 517 U.S. 559 (1996));**
- **Injunctive relief (Weinberger v. Romero-Barcelo, 456 U.S. 305 (1982));**
- **Criminal referrals (United States v. Dotterweich, 320 U.S. 277 (1943)).**

## V. FINAL BINDING EFFECT

This Acknowledgement & Enforcement Order is final, perpetual, and irrevocable upon filing. No additional consent or signature is required for execution.

Respectfully submitted,

Date: _____

/s/ Nicholas Pellegrino

Nicholas Pellegrino

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2025, a true and correct copy of the foregoing was served upon all parties and/or counsel of record via [specify method — CM/ECF, certified mail, etc.].

/s/ Nicholas Pellegrino