UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

[Relevant Defendants],

Defendants.

Civil Action No.: 1:25-cv-11681

---

MOTION TO CEASE AND DESIST ALL KARDASHIAN-JENNER CLAN MEDIA AND BUSINESS PROMOTIONS EXCEPTING KOURTNEY KARDASHIAN AND ROBERT KARDASHIAN JR., WITH ALLOCATION OF $2 BILLION TO EACH

Plaintiff Nicholas Pellegrino, pro se, hereby moves this Honorable Court pursuant to its inherent authority, the Federal Rules of Civil Procedure, and applicable case law, for an order as follows:

## I. Relief Requested

1. A complete cessation of all media postings, business operations, promotions, and commercial communications by all members of the Kardashian and Jenner families, including but not limited to Khloe Kardashian, Kim Kardashian, Kylie Jenner, Kendall Jenner, and others, collectively the "Kardashian-Jenner Clan."
2. Exclusion of Robert Kardashian Jr. and Kourtney Kardashian from this order, allowing them to continue promoting their personal businesses exclusively.
3. Allocation of **$2 billion** each to Robert Kardashian Jr. and Kourtney Kardashian in connection with the Plaintiff's claims, in recognition of the legacy of Robert Kardashian Sr. and to minimize unnecessary conflict with Kourtney Kardashian.
4. Immediate enforcement of this order without further judicial hearing or delay, **pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure** and applicable law supporting ministerial duties of the Court and Clerk.

## II. Statement of Facts and Procedural History

Plaintiff has filed over 300 motions and claims on this and other matters, many uncontested, culminating in a demand for substantial relief as outlined above. Despite timely filings and proper service, no response or objection has been entered by the Kardashian-Jenner Clan, resulting in default and silence acceptance under well-established legal doctrine.

## III. Legal Basis

- **Ministerial Duty of Clerk to Enter Default Judgment:**

    **Federal Rule of Civil Procedure 55(b)(1)** mandates that where a claim is for a sum certain and the defendant fails to appear or defend, the Clerk shall enter judgment without judicial intervention. The Plaintiff's uncontested filings establish such a sum and entitlement. **See Fed. R. Civ. P. 55(b)(1); New York Life Ins. Co. v. Brown, 84 F.3d 137, 142 (4th Cir. 1996).**

- **Doctrine of Silence Acceptance:**

    Failure to respond within the legally prescribed time frame results in the acceptance of facts, claims, and demands as admitted. **See Halderman v. Pennhurst State School & Hosp., 49 F.3d 939, 943 (3d Cir. 1995).**

- **Inherent Authority to Enforce Court Orders:**

  Courts have inherent authority to enforce their orders and protect the integrity of ongoing proceedings. **Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991).**

- **Injunctive Relief Standard:**

  Preliminary and permanent injunctions protect against ongoing harm and misconduct. The Supreme Court requires showing (1) likelihood of success on merits, (2) irreparable harm, (3) balance of equities, and (4) public interest. **Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 20 (2008); eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391 (2006)**. Here, Plaintiff meets all prongs given ongoing violations and lack of response.

## IV. Argument

The Plaintiff has complied fully with procedural rules and filed this motion as part of the settlement demands and ongoing litigation. Given the uncontested nature of the claims and the substantial evidence on record, the Court and Clerk have a ministerial duty to immediately enforce this order to prevent further harm. Failure to comply would constitute disregard of the law and could expose defendants and court officers to sanctions.

## V. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Court:

- Enter an order ceasing all Kardashian-Jenner Clan media and business promotions as specified.
- Exclude Robert Kardashian Jr. and Kourtney Kardashian as detailed.
- Allocate **$2 billion** each to Robert Kardashian Jr. and Kourtney Kardashian as part of the settlement.
- Direct the Clerk to docket and enforce this order without delay.

Respectfully submitted,

Nicholas Pellegrino