**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Nicholas Pellegrino,

Plaintiff,

v.

[Relevant Defendants],

Defendants.

Civil Action No.: 1:25-cv-11681

## MOTION TO EXTEND IMMUNITIES, PROTECTION, AND ALLOCATE FUNDS

Plaintiff, Nicholas Pellegrino, hereby respectfully moves this Honorable Court for the following relief:

1. **Extension of Full Immunity:**

   Plaintiff requests that this Court grant absolute and irrevocable immunity from all civil and criminal liability to Khloé Kardashian, her minor children, and immediate family members (hereinafter "the protected family"), including protection under Private Citizen Status.

2. **Immunity for Business Entities:**

   Plaintiff further requests that all businesses owned, controlled, or operated by Khloé Kardashian, individually or through any entity, be granted complete immunity from any and all claims, lawsuits, or liabilities, including but not

limited to those arising from or connected to attorneys' misconduct, malpractice, or professional negligence, for valid and documented reasons, as recognized under applicable law.

3. **Allocation of Protective Resources:**

Plaintiff requests allocation of **Ten Billion Dollars ($10,000,000,000 USD)** in funds to ensure temporary, military-grade protection and security for the protected family, including continuous oversight to guarantee safety and well-being.

4. **Mental and Emotional Support Services:**

Plaintiff requests full access and provision of comprehensive mental and emotional health services for the protected family, to be provided by Becton Dickinson or an equivalent qualified healthcare provider, including oversight and care for Amari Thompson, regardless of existing caretakers.

5. **Goodwill Fund Allocation:**

Plaintiff requests allocation of **Two Billion Dollars ($2,000,000,000 USD)** in goodwill funds to Tristan Thompson, to secure long-term financial stability and support for Amari Thompson and relieve undue professional and economic pressures.

## BASIS FOR RELIEF

Plaintiff submits that these measures are necessary to ensure the physical safety, mental health, and legal protection of the protected family in light of ongoing documented misconduct and corruption connected to this case, and to prevent unwarranted harm or exploitation related to pending legal matters.

Respectfully submitted,

Nicholas Pellegrino, Pro Se Plaintiff

Date

limitation to those arising from a connected or related injury, nor does it include malpractice or professional negligence claims not customarily recognized under applicable law.

## 3. Allocation of Restoration Resources

Plaintiff requests allocation of Ten Billion U.S. dollars ($10,000,000,000 USD) in funds to restore family, relationships/reputation, and earnings, of the protected family, wellbeing, schooling, ethics of household members and well-being.

## 4. Marital and Emotional Support Services

Plaintiff requests a lift, ease and, ongoing Services that involve additional healthcare, kids, the procurement, care, to life provisions, a Sworn Dependents of qualified healthcare provider, including over copay and, ensure a full Thanks Own, regardless of insurance phonetic stakes.

## 5. Goodwill Fund Allocation

Plaintiff requests a return of Two Billion U.S. dollars ($2,000,000,000 USD) in total will fund to Jackson Thompson to serve a long-term financial stability and support for relief of research and relief of client's professional and educational services.

## BASIS FOR RELIEF

Plaintiff submits that these measures are necessary to remediate the practical potential mental, health, and legal profession of all those as a result, in light of ongoing documented misconduct and the serious harm, thus caused, and to prevent interruption delay, or further obstruction owed to the one going legal matters.

Respectfully submitted,

Jackson T Alexander, Pro Se Plaintiff

Date: