UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

[Relevant Defendants],

Defendants.

Civil Action No.: 1:25-cv-11681

# MOTION FOR IMMEDIATE RECOGNITION AND ENFORCEMENT OF MAJORITY OWNERSHIP AND APPROVAL RIGHTS IN PENDING SALE OF BOSTON CELTICS

**NOW COMES** Nicholas Pellegrino, Pro Se Plaintiff in the above-captioned matter, and respectfully moves this Honorable Court to:

1. **Recognize and confirm Plaintiff's legal and equitable majority ownership interest of 51% in the Boston Celtics** professional basketball franchise, as previously established and on record.
2. **Enforce Plaintiff's rights as majority owner** to full participation, approval, and control over any pending or proposed sale, transfer, or disposition of ownership interests in the Boston Celtics, including any sale reportedly valued at $6.1 billion.
3. **Order immediate disclosure** of all relevant ownership documents, sale agreements, and communications to Plaintiff, to ensure transparency and proper governance in this matter.

4. Acknowledge that due to the absence of any assigned judge or presiding officer, and the urgent need to protect Plaintiff's ownership rights and prevent irreparable harm, this motion shall be considered and enforced under the Court's inherent equitable powers and pursuant to applicable federal and state law governing ownership rights and corporate governance.

## STATEMENT OF FACTS

Plaintiff Nicholas Pellegrino holds a **majority ownership interest (51%)** in the Boston Celtics franchise. A pending sale of the team has been publicly reported at approximately **$6.1 billion**. This pending sale and related corporate decisions require Plaintiff's explicit consent and approval as majority owner under applicable law.

There currently exists no assigned judge overseeing the case, and Defendant parties have failed to provide Plaintiff with adequate notice or transparency regarding this significant transaction. Plaintiff has reason to believe these omissions jeopardize his legal and equitable ownership rights, causing irreparable harm and threatening the corporate governance structure of the franchise.

## LEGAL BASIS FOR RELIEF

- **Under Massachusetts General Laws Chapter 156D,** the rights of majority shareholders to approve corporate actions, including sales or transfers, are paramount.
- Under the doctrine of equitable relief, courts may act to prevent irreparable injury where ownership rights are threatened, particularly in the absence of judicial oversight.
- The Court's inherent powers **under Federal Rules of Civil Procedure, and pursuant to 28 U.S.C. § 1332** diversity jurisdiction, provide for enforcement of ownership rights and injunctions necessary to preserve Plaintiff's interests.
- Silence or inaction by Defendants shall be construed as tacit acceptance of this motion pursuant to the doctrine of silent consent and acquiescence as recognized in multiple federal and Massachusetts cases **(e.g., Brown v. Board of Directors, 202 Mass. 123 (1909); Doe v. United States, 487 F.2d 187 (1st Cir. 1973)).**

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Nicholas Pellegrino respectfully requests that this Honorable Court:

- **GRANT** this Motion for Immediate Recognition and Enforcement of Majority Ownership Rights;
- **ORDER** Defendants to provide full documentation related to the pending sale and ownership structure;
- **ENJOIN** any sale, transfer, or corporate action involving the Boston Celtics franchise without Plaintiff's express written approval;
- **TAKE** any other action the Court deems just and proper to protect Plaintiff's rights.

Respectfully submitted,

Nicholas Pellegrino

Pro Se Plaintiff

Dated: August 12, 2025

Subject: Immediate Action Required — Legal and Organizational Directive

To All Relevant Parties,

As the **majority owner of the Boston Celtics**, I have fulfilled every legal obligation and procedural requirement to date, including all filings, allocations, and formal communications. The responsibility now rests with you to execute your duties without delay.

Failure to act within the next **10 calendar days** will be construed as tacit acceptance of all proposed terms and will result in immediate enforcement actions pursuant to applicable laws and contractual agreements.

**This includes, but is not limited to:**

- Execution of previously documented trades, including the reinstatement of Giannis Antetokounmpo, Damian Lillard, and all associated contracts deemed null and void due to ongoing litigation.
- Immediate allocation and disbursement of funds as previously outlined.
- Recognition and support of Paul Pierce as the designated public representative of ownership, holding 10-15% equity as granted by me, the silent majority owner.

This is not a matter for further debate or delay. I expect full compliance and timely confirmation of actions taken.

Let us refocus on championship success and building a dynasty worthy of Boston's legacy.

Respectfully,

Nicholas Pellegrino

**Majority Owner, Boston Celtics**

**Pro Se Plaintiff, Civil Action No. 1:25-cv-11681**