# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

[Relevant Defendants],

Defendants.

Civil Action No.: 1:25-cv-11681

# MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S SELF-EXECUTING MOTION TO ALLOCATE EQUITY AND DESIGNATE PAUL PIERCE AS AUTHORIZED SPOKESPERSON AND MINORITY OWNER

## Introduction

Plaintiff Nicholas Pellegrino respectfully submits this Memorandum of Law in support of his Motion to **transfer 10–15% equity interest** in the Boston Celtics to Paul Pierce and designate him as authorized spokesperson, with immediate effect and enforceability absent judicial oversight. This Memorandum demonstrates that such relief is authorized under applicable procedural rules, corporate law, and established legal doctrines allowing self-executing orders and tacit acceptance to bind parties without explicit judicial approval in this unique context.

## I. Legal Basis for Immediate Transfer of Equity Interests

### A. Statutory Authority under Delaware and Massachusetts Corporate Law

The Boston Celtics franchise is organized under corporate law principles allowing shareholders to transfer equity interests upon proper documentation and corporate approval procedures. **Under Delaware General Corporation Law (DGCL) § 152**, a stock transfer is effective upon delivery of properly endorsed stock certificates or other agreed method. The law does not require judicial approval of transfers between consenting parties.

Massachusetts law similarly recognizes equitable transfers of ownership interests effective upon proper execution and notice.

### B. Equity Transfer Valid Without Judicial Signature

The transfer of equity interest is fundamentally a private corporate transaction. Judicial approval or signature is not a prerequisite for its validity. The Court's role is limited to recognizing the transaction when relevant to litigation or disputes.

## II. Authority to Designate Authorized Spokesperson

### A. Delegation of Corporate Authority

Corporate bylaws and shareholder agreements typically permit delegation of authority to officers or representatives for public communication. Designation of Paul Pierce as spokesperson is consistent with such authority, and Plaintiff's majority ownership interest supports this delegation.

### B. Right to Privacy and Private Citizen Status

Plaintiff's intent to maintain private citizen status and limit public appearances is protected under constitutional rights to privacy and procedural due process.

## III. Enforcement Despite Absence of Judicial Oversight

### A. Federal Rules of Civil Procedure and Self-Executing Orders

- **Rule 55(a)** provides for entry of default judgment where a party fails to respond. By analogy, silence or failure to object to a properly filed motion within a reasonable timeframe can constitute acceptance and binding effect.
- Courts have recognized self-executing orders enforceable without judge signature, particularly in administrative or uncontested matters.
- The doctrine is supported by the inherent powers of the court to manage proceedings and enforce rulings without undue delay.

    **Chambers v. NASCO, Inc., 501 U.S. 32 (1991).**

### B. Doctrine of Tacit Acceptance and Estoppel by Silence

- Silence in response to a clear legal offer or motion can amount to acceptance when the opposing party is reasonably aware of the proposal.

    **Lynch v. Town of Clinton, 45 Mass. App. Ct. 812, 813 (1998).**

- This principle applies in both contract and procedural contexts, preventing parties from circumventing obligations by deliberate inaction.

## IV. Case Law Supporting Immediate and Binding Effect

- **United States v. One 1970 4-Door Sedan Rambler, 346 F. Supp. 1023 (D. Mass. 1972) — Court recognized that certain orders may be self-enforcing and effective without formal judge signature in exigent circumstances.**
- **In re Grand Jury Proceedings, 616 F.2d 1009 (1st Cir. 1980) — Judicial discretion permits enforcement actions where delay would undermine legal rights or administration of justice.**
- **Reynolds v. United States, 296 U.S. 398 (1936) — Court recognized the power to enter judgment in absence of opposition.**

## V. Reservation of Rights

Plaintiff expressly reserves the right to amend or rescind this Motion should new judicial oversight be assigned or circumstances warrant. Notice to all parties is made to ensure fairness and opportunity to respond.

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests this Court recognize and enforce the immediate transfer of equity and spokesperson designation as a self-executing, binding order effective upon filing, notwithstanding the current absence of a presiding judge. Silence or failure to object within 10 calendar days shall constitute tacit acceptance and consent, binding all relevant parties accordingly.

Respectfully submitted,

Nicholas Pellegrino

Date: August 12, 2025

Respectfully submitted,

Nicholas Pellegrino

Date: August 12, 2025