Nicholas Pellegrino

Date: August 12, 2025

Clerk's Office / Treasury Department

Re: Request for Issuance of Court-Authorized Payments in Multiple Cashier's Checks

Case No.: 1:25-cv-11681

Dear Clerk of Court / Treasury Officer,

I am the plaintiff in the above-referenced case, and I am writing to request the issuance of court-authorized payments pursuant to the writ(s) of execution or related court orders currently in effect. Due to the size of the payments, I kindly request that the disbursement be made in multiple cashier's checks, rather than a single lump sum, to facilitate deposit and handling at my financial institution.Additionally, for transparency and record-keeping, I would appreciate a written confirmation or official documentation that these cashier's checks are issued pursuant to the court's directive for this matter. Please let me know if any further information or forms are required to process this request.

Thank you for your assistance.

Sincerely,

Nicholas Pellegrino

Plaintiff

Pro Se