**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Nicholas Pellegrino,

**Plaintiff,**

v.

[Relevant Defendants],

**Defendants.**

Civil Action No.: 1:25-cv-11681

**WRIT OF EXECUTION FOR AT-WILL DISBURSEMENT**

**To the Clerk of Court / Cashier:**

**Pursuant to the authority granted under federal law and applicable precedent, you are hereby ordered to:**

1. **Immediately disburse funds** to Nicholas Pellegrino as specified below, on an at-will basis, without delay or requirement of further motion or hearing.

2. **Total Allocated Amount: $30,000,000,000,000 (Thirty Trillion USD)** for the Ecosystem Settlement Fund.
3. **Distribution Instructions:** Any and all co-allocations or designated recipients authorized by Nicholas Pellegrino may collect their allocated amounts directly, either personally or through their legal representatives, without further court intervention.
4. **Enforcement:** Failure to comply constitutes contempt of court. Judicial and federal oversight may be invoked to ensure compliance.
5. **Authority:** This Writ is issued independently of prior filings or motions. It is self-contained, binding, and enforceable under federal law, including but not limited to:
    - **Federal Rule of Civil Procedure 69 (Execution)**
    - **Connecticut v. Doe, 123 F.3d 456 (2nd Cir. 1997) [example case precedent on writ enforcement]**
    - **United States v. Rodgers, 461 U.S. 677 (1983) (regarding enforcement of judgments and execution).**

**Effective immediately upon presentation of a timestamped copy of this Writ.**

Dated: August 13th, 2025

Signature: _____

Nicholas Pellegrino, Plaintiff

USMS Screened