**TO:**

**Adam Silver, Commissioner**

**National Basketball Association**

**645 Fifth Avenue**

**New York, NY 10022**


**CC:**

**NBA Board of Governors**


**RE: Official Notice of Minority Ownership Designation – Boston Celtics**


**Commissioner Silver and Members of the Board of Governors:**

I, Nicholas Pellegrino, in my capacity as Majority Owner of the Boston Celtics franchise, hereby provide formal notice of the following ownership designation and operational appointments, consistent with the NBA Constitution & By-Laws and Massachusetts corporate law:

1. **Minority Ownership Appointment –**
    - Paul Pierce and Kevin Garnett are appointed as joint minority owners of the Boston Celtics, holding an equity interest of 10%–15%, exact percentage to be finalized in closing documents.
    - This ownership interest shall be held via the jointly owned entity Pierce-Garnett Celtics Holdings, LLC, with each holding 50% membership interest in said entity.
2. **Roles & Responsibilities –**
    - Paul Pierce – Community engagement, alumni relations, media representation, brand storytelling.
    - Kevin Garnett – Basketball operations insight, player mentorship, playoff/media representation.
    - Joint Duties – Appear together at major events, participate in Celtics legacy projects, serve as public voices of the franchise, and assist in

   advancing the Boston Celtics brand on a national and international scale.
3. **NBA Compliance Request –**
   - This notice is submitted in accordance with Article 5, Section 5.01 of the NBA Constitution & By-Laws, which requires Board of Governors approval for ownership transfers.
   - I request the NBA to place this matter on the next available Board agenda for expedited approval, as this action is in the best interest of the franchise, the league, and the public image of the sport.
4. **Attached Documents –**
   - Copy of U.S. District Court Motion confirming this designation.
   - Proposed Court Order for reference and recordation.

**Enforcement & Legal Standing**

This designation is lawfully recorded in federal filings and stands unless overturned by a court of competent jurisdiction. Any delay, obstruction, or refusal to process this ownership change in accordance with league procedures will be considered a willful act of interference and bad faith under applicable corporate and contract law. All actions and inactions will be documented for evidentiary use in any subsequent proceedings, including but not limited to claims for damages, injunctive relief, and enforcement of shareholder rights.

Respectfully,


/s/ Nicholas Pellegrino

Nicholas Pellegrino

**Majority Owner, Boston Celtics**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**Nicholas Pellegrino,**

**Plaintiff,**

**v.**

**[RELEVANT DEFENDANTS],**

**Defendants.**

**Civil Action No.: 1:25-cv-11681**

**PROOF OF SERVICE**

I, Nicholas Pellegrino, declare as follows:

On August 13th, 2025 I served the attached document titled:

Official Notice of Minority Ownership Designation – Boston Celtics

on the following recipients:

1. Adam Silver, Commissioner

   National Basketball Association

   645 Fifth Avenue

   New York, NY 10022

   Email: asilver@nba.com

2. NBA Board of Governors

   (via NBA League Office)

   645 Fifth Avenue

   New York, NY 10022

   Email: boardofgovernors@nba.com

**Method of Service:**

U.S. Postal Service Certified Mail (Tracking No. _____)

Email (with electronic delivery receipt confirmation)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13th, 2025 at Boston, MA

/s/ Nicholas Pellegrino

Nicholas Pellegrino

USMS Screened