UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



NICHOLAS PELLEGRINO,

Plaintiff,

v.

BOSTON CELTICS, NBA, and NBA TEAMS,

Defendants.

Civil Action No.: 1:25-cv-11681

AMENDED COMPLAINT AND MOTION FOR TEMPORARY INJUNCTION, DECLARATORY RELIEF, AND RICO DAMAGES

## I. INTRODUCTION

**Plaintiff Nicholas Pellegrino, appearing pro se, moves for a temporary injunction and declaratory relief to:**

1. Acknowledge, enforce, and recognize Plaintiff's 51% ownership stake in the Boston Celtics, pending full adjudication.
2. Hold the NBA and all constituent teams accountable under RICO for their entire market capitalization, with treble damages, for enabling, approving, and participating in systemic misconduct that violated Plaintiff's federal rights.

Defendants' coordinated actions demonstrate a pattern of racketeering and civil rights violations, interfering with Plaintiff's ownership rights and threatening the integrity of NBA transactions.

## II. STATEMENT OF FACTS

1. Plaintiff has filed multiple federal claims and injunctions since mid-April 2025, all properly on record, which Defendants have systematically ignored.
2. Despite clear legal filings, Defendants have continued with ownership transfers, trades, and other NBA transactions, without acknowledging Plaintiff's rights.
3. Plaintiff holds a 51% ownership stake in the Boston Celtics, which Defendants refuse to recognize or enforce.
4. NBA misconduct spans multiple teams and transactions, constituting multiple predicate acts under civil RICO law.
5. Plaintiff has been forced into extreme hardship, including homelessness, due to the Defendants' systemic interference. This context is not incidental—it demonstrates the intentional disregard for Plaintiff's rights.
6. Defendants' tacit silence constitutes a violation of the law-of-silence acceptance principle, which Plaintiff invokes as additional grounds for recognition of his claims.
7. Plaintiff's filings include detailed evidence of systemic misconduct, civil rights violations, and RICO predicate acts, providing irrefutable documentation of ongoing corruption.

## III. CLAIMS FOR RELIEF

### A. RICO Violation (18 U.S.C. § 1961 et seq.)

- Defendants engaged in a pattern of racketeering activity, including misrepresentation, obstruction, collusion, and coordinated inaction against Plaintiff's lawful filings.
- Each individual NBA team and their transactions constitutes a separate predicate act.
- Plaintiff seeks treble damages:
    - 51% ownership in Boston Celtics → $3.105 billion
    - NBA market capitalization (~$86 billion) × 3 → $258 billion
- Total RICO damages: $261.105 billion

## B. Declaratory Relief

**Plaintiff requests the Court declare:**

1. Plaintiff's 51% ownership interest in the Boston Celtics is valid and enforceable.
2. Defendants' actions constitute civil RICO violations and human/civil rights violations, including disregard for lawful filings and intentional interference.
3. Defendants' silence constitutes tacit acceptance, which legally binds them to Plaintiff's claims.

## C. Temporary Injunction

**Plaintiff requests a temporary injunction preventing:**

1. Any transfer, sale, or alteration of ownership in the Boston Celtics.
2. NBA or team transactions that impact Plaintiff's legal ownership claim.
3. Any attempt to ignore or override Plaintiff's legal filings.
4. Any interference with Plaintiff's lawful claims, filings, or pending injunctions.

This injunction is requested from an impartial Article III judge or any judge empowered to review and enforce federal law.

## D. Human Rights and Intentional Disregard

- Plaintiff's filings and documentation reveal systemic disregard for his rights, including the Defendants' knowledge of Plaintiff's extreme hardship.
- Defendants acted intentionally, either by ignoring Plaintiff's filings or by following advice from counsel that prioritized corporate advantage over legal and human rights.
- Plaintiff asserts that dismissing his claims, despite extensive filings, would demonstrate explicit corruption and abuse of process.

## IV. LEGAL AUTHORITY

- Federal Rule of Civil Procedure 65: Authority for injunctions.
- RICO Treble Damages (18 U.S.C. § 1964(c)): Threefold damages for civil RICO.
- Declaratory Judgment Act (28 U.S.C. § 2201): Enforcement of Plaintiff's ownership rights.
- Law-of-Silence Principle: Silence constitutes tacit acceptance, recognized in federal case law.
- Precedent: Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985); H.J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229 (1989); Group Health Plan v. Philip Morris, 86 F.3d 983 (9th Cir. 1996).

## V. PRAYER FOR RELIEF

**Plaintiff respectfully requests that the Court:**

1. Issue a temporary injunction preserving Plaintiff's 51% ownership stake and prohibiting conflicting transactions.
2. Declare Plaintiff's ownership stake in the Boston Celtics valid and legally recognized.
3. Award treble RICO damages:
   - 51% ownership stake in the Celtics → $3.105 billion
   - NBA market capitalization × 3 → $258 billion
4. Enjoin any further actions by Defendants that undermine Plaintiff's filings.
5. Grant any other relief the Court deems just and proper, including recognition of Plaintiff's human and civil rights.

Dated:

Respectfully Submitted,

NICHOLAS PELLEGRINO, Plaintiff, Pro Se