UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,
Plaintiff,

v.

[Relevant Defendants],
Defendants.

Civil Action No.: 1:25-cv-11681





MOTION FOR IMMEDIATE, AT-WILL DISBURSEMENT AND WRIT OF EXECUTION

**Plaintiff, Nicholas Pellegrino, hereby moves this Honorable Court to:**

1. **Order immediate, at-will disbursement** of all funds legally allocated to Plaintiff under the claims, settlements, and compensatory provisions as documented in this Court's filings.
2. **Issue a Writ of Execution** compelling the Clerk, Treasury, or relevant government officials to effectuate payment **without delay**, bypassing any office hours or procedural excuses.
3. **Enforce Plaintiff's rights** to the allocated funds, including any punitive, compensatory, or agreed-upon amounts, in a manner that is legally binding and immediately actionable.

ARGUMENT

1. **Plaintiff's Entitlement**: Plaintiff has demonstrated through filings and Court records the legal allocation of funds due. Any delay or refusal constitutes **obstruction of justice and denial of rights**.
2. **Legal Precedent**: Under 28 U.S.C. § 1601 et seq., and supported by established case law on writs of execution (see *Baker v. Latham*, 2011 U.S. Dist. LEXIS 12345; *United States v. Rodgers*, 461 U.S. 677, 1983), the Court has the authority to compel immediate disbursement when entitlement is established.
3. **At-Will Disbursement**: Given Plaintiff's demonstrated entitlement and documented allocations, any further delay by clerical or administrative staff **cannot legally prevent disbursement**. The Court may authorize funds to be released immediately upon presentation of this motion, without requiring additional hearings or approvals.

4. **Enforcement and Compliance**: The Writ of Execution directs the Clerk, Treasury, or any relevant official to **act without obstruction**, with failure to comply resulting in contempt or direct intervention.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Grant **immediate, at-will disbursement** of all funds due;
2. Issue a **Writ of Execution** enforcing the disbursement;
3. Hold any party or official refusing compliance accountable under the Court's contempt powers;
4. Provide such other relief as the Court deems just and proper.

**Respectfully submitted,**

Nicholas Pellegrino