UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Nicholas Pellegrino,**

**Plaintiff,**

v.

**Judge Talesha Leah Saint Marc, et al.,**

**Defendants.**

Civil Action No.: 1:25-cv-11681

# PLAINTIFF'S REPLY TO BLANKET DENIALS

**Plaintiff respectfully replies to the Court's recent blanket denials of filings, and states as follows:**

1. **Preservation of Record** – Plaintiff objects to each blanket denial as inconsistent with **Rule 52(a)** and controlling precedent requiring reasoned findings **(see Motor Vehicle Mfrs. Ass'n v. State Farm, 463 U.S. 29 (1983))**.
2. **Due Process Violation** – Denials without individualized reasoning deprive Plaintiff of meaningful opportunity to be heard, in violation of **Mathews v. Eldridge, 424 U.S. 319 (1976), and Goldberg v. Kelly, 397 U.S. 254 (1970)**.
3. **Standing and Participation** – Plaintiff has established jurisdiction and standing through over 200 filings accepted into the record. To later deny participation selectively is inequitable and inconsistent with **Havens Realty Corp. v. Coleman, 455 U.S. 363 (1982)**.
4. **Request for Clarification** – Plaintiff respectfully requests that the Court issue reasoned findings specific to each motion, or in the alternative, clarify whether the Court intends to foreclose Plaintiff's right to meaningful participation.

Respectfully submitted,

Nicholas Pellegrino

## Section: No Grounds for Contest

The opposing party has had full notice of all filings, motions, and proceedings related to this matter since [mid-April, August 20th, 2025], including, but not limited to, motions for protective orders, service of process, and compensation allocations. During this period, the opposing party has had ample opportunity to dispute, reject, or object to any filing or action.

### Accordingly, there exists no legitimate basis for claims of:

1. **Fraud** – The opposing party cannot claim misrepresentation or deceit, as all filings were transparent, publicly filed, and accessible.
2. **Duress or Coercion** – No evidence exists that the opposing party was forced or threatened into consent.
3. **Mental Incapacity** – The opposing party has had full capacity and opportunity to engage with, dispute, or contest any legal action during the aforementioned period.

Any attempt to assert claims of fraud, coercion, or incapacity at this juncture would therefore be without merit and legally insufficient.

## Executive Summary – Legal Strategy & Effect of Section

This section establishes that the opposing party has had full notice and awareness of all filings, motions, and actions since mid-April. By remaining silent and failing to dispute, deny, or contest any of these filings, she has implicitly consented to the proceedings. As a result, any potential claims of fraud, duress, incapacity, or lack of consent are effectively preempted, as there is no credible legal basis to assert them after months of inaction. The section also creates a clear timeline showing that the opposing party had ample opportunity to respond, thereby neutralizing any prior strategy aimed at delay, avoidance, or procedural finesse. Consequently, the opposing party is legally constrained, and any attempts to contest or ignore the filings will be viewed as after-the-fact, leaving minimal room for challenge.

# STATEMENT FOR THE RECORD

I am head and shoulders above anyone in this room. That is not arrogance it is fact. In every legal sense, in every move I make, in every claim I assert I stand taller, clearer, stronger. It is absurd that this matter has been dragged out this far. And now, at the compensation phase, you want to shut it all down, pretend it never happened, rewrite history to protect yourselves. Stop assuming. Stop judging. I am the one. The facts are undeniable. Mayor Wu every time I act, she reacts. Every single time I make a move, she follows it with a press conference. That is not coincidence; that is fear disguised as politics. Conveniently, after a morning dispute online, someone tried to convince the public I'm a pedophile. False claims. Fake records. Falsified court dockets. Lies manufactured to silence me. And then, later that same day, Mayor Wu stands on camera, her whole team behind her everyone except one person: **Maura Healey.** Why? Because she knows better. Because she is busy doing the right thing taking care of Massachusetts, not playing games. Her silence said everything. She stayed quiet when others took the bait. That is loyalty. That is integrity. That is what leadership looks like. So I make this declaration here and now: **Maura Healey is immune** in this matter. That decision is mine, and it is deliberate. Only for this case. Only because she stayed silent when it mattered. Only because she chose Massachusetts over politics. That is respect. That is final. And Pam Bondi—let me be perfectly clear. I defended her publicly, and I got attacked for it. People tried to tear me down for standing beside her name. But you will never disrespect Pam Bondi while I stand. She is the Attorney General. She deserves respect, integrity, and loyalty. She has mine—always. In all legal sense, Pam, I got you. And I always will. I command thirty Trillion dollars. Fully within my authority. Fully for the people I serve. And yet, somehow, that is treated like a threat instead of a solution. You act like letting me assert authority, letting me claim what is rightfully mine in this compensation phase, is a problem. You're comfortable trying to keep me outside, hoping I'll shrivel up, die, and disappear. That will not happen. Stop assuming. Stop projecting your fears onto me. I am loyal. I am accountable. And now let's address the President of the United States. Every time I research, every source—Google, AI, media outlets—they say "President Joe Biden." That is the public record. That is what's written. But beneath the surface, I see the manipulation. Records sealed. Decisions made behind the scenes. A shadow game of power where Biden plays the role, but strings are pulled from behind the curtain. You let him believe he runs the show, but at the right moment, you will strip it from him and hand it to Kamala Harris. That is your plan. That is your play. And I see it. You want to assume my intentions. You want to deny me rights, filings, and claims. You want to micromanage, manipulate, and dismiss. But I see the false narratives. I see the corruption. I see the danger. And yes, I know my life is at risk for speaking this truth. But I will not bow. I will not be silenced. I will not be denied what is rightfully mine, what is rightfully Massachusetts', what is rightfully truth. This is not politics. This is not preference. This is fact. This is authority. This is loyalty. This is power—the kind you cannot negotiate, cannot dismiss, cannot manipulate, cannot deny. I am Nicholas Pellegrino. And I am head and shoulders above anyone who dares to stand against me. Judge McCafferty, let this serve as an unambiguous warning: every attempt to deny, dismiss, conceal, or fail to act on the facts in this filing will be officially noted on the record. Your repeated obstruction, bias, manipulation, and inaction—

assuming a Pro Se litigant can be controlled, silenced, or dismissed—are fully documented. You may react emotionally, shield political allies, or ignore verifiable evidence, but every action and every failure to act is captured and will be preserved for appellate review. The record will reflect, without exception, every instance of obstruction, denial, corruption, and deliberate inaction. The law, the facts, and this record do not bend for convenience or personal agendas. Consider this a final reminder: the truth is on record, and it will follow every decision you make. This stands for all future proceedings.

# Fact-Based Theory Statement — Nicholas Pellegrino (Final)

## I. Purpose

This statement establishes a documented record of contradictory public outputs about who is the sitting President of the United States — and shows how those contradictions are being used to manufacture doubt and weaponize procedure. My attached exhibits demonstrate that AI systems sometimes present Joseph R. Biden Jr. as "current president," while official, non-AI sources consistently identify Donald J. Trump as the 47th and current President, sworn in on January 20, 2025.

## II. The Baseline Legal Fact (Authoritative Record)

**The controlling facts are straightforward and verifiable in the public record:**

- Donald J. Trump is the 47th and current President of the United States, inaugurated January 20, 2025.
- The White House website lists President Donald J. Trump and Vice President JD Vance, and shows current presidential activity.
- The Federal Register publishes executive orders signed by President Trump in 2025, confirming ongoing exercise of presidential powers.

These sources are non-AI, primary or quasi-primary and carry legal/official weight.

## III. The Two-Track Test (Method & Result)

**To isolate manipulation and confusion, I ran a two-track test:**

**Track A — Non-AI (Authoritative)**

- Direct checks of WhiteHouse.gov, USA.gov, the Federal Register, and widely-maintained references (e.g., Wikipedia entries updated to reflect inaugurations) all show Trump as the current president. Screenshots included.

**Track B — AI (Variable/Contradictory)**

- Multiple AI prompts (timestamped in my exhibits) returned Biden as "current president" or framed him as presently holding office. Screenshots included.

Conclusion of the Test: When authoritative, non-AI sources say Trump, while AI outputs say Biden, that misalignment is the evidence. It demonstrates either data-staleness, targeted prompt-level interference, or deliberate manipulation intended to discredit AI or to sow confusion.

## IV. Exhibits & Chain of Custody

- **Exhibit A:** WhiteHouse.gov "The Administration" page naming Donald J. Trump as President (URL, timestamp, full-page capture; filename with UTC time).
- **Exhibit B:** USA.gov "Current President" page listing Donald John Trump as the 47th President (URL, timestamp, capture).
- **Exhibit C:** Federal Register index of 2025 Executive Orders signed by Donald J. Trump (URL, timestamp, capture).
- **Exhibit D:** Wikipedia "President of the United States / List of presidents" noting Trump is incumbent (URL, timestamp, capture).
- **Exhibit E:** AI results (Chat logs/screens) that label Biden as "current president" (timestamps, prompt text visible, no cropping of metadata).
- **Exhibit F:** (Optional best practice) Wayback/archival captures of A–D to preserve state at time of collection.

Each exhibit is saved with: (1) original URL, (2) UTC timestamp, (3) device/time metadata visible, (4) unedited full-page captures to defeat "selective cropping" claims.

# V. Anticipated Counterarguments & Rebuttals

**Claim 1: "Your screenshots are AI-generated/fake."**

Rebuttal: Exhibits A–D are verifiable, public pages (WhiteHouse.gov, USA.gov, Federal Register, Wikipedia with edit history). Anyone can navigate to them directly. Where I use screenshots, I provide full URLs and timestamps for independent replication.

**Claim 2: "The AI outputs are the reliable ones."**

Rebuttal: AI systems are not authoritative and can lag or hallucinate (as proven when my earlier AI reply wrongly named Biden). Authoritative status derives from official sources and the chain of government acts, not from a model's text prediction. My exhibits show AI as the outlier.

**Claim 3: "You cherry-picked."**

Rebuttal: The two-track test is repeatable by any third party. It uses primary/official citations (Track A) and unfiltered AI prompts (Track B). Replication will recreate the same divergence.

**Claim 4: "These pages change."**

Rebuttal: That is why I include timestamps and suggest archival captures (e.g., Wayback) for Exhibits A–D. If content changes, the archived versions will still show what was live when I captured it.

## VI. Procedural Manipulation: The California "<24 Hours" Parallel

Separately, a California representative publicly stated she was given less than 24 hours to respond by Democrats on a material issue. I am including my screenshot of that statement as Exhibit G (with source, timestamp, and context). This matters because it mirrors the procedural pressure I encounter: I submit filings and receive a perfunctory "Thank you for your filings." Then I'm forced into compressed timelines that limit meaningful response.

Point: This is a pattern — delay, compress, and then weaponize the clock. The California quote (Exhibit G) corroborates that this timeline tactic isn't isolated to me. (I'm attributing this point to my Exhibit G rather than a third-party link, since I'm relying on the exact statement you captured.)

## VII. Pattern & Impact

- Information layer: AI outputs intermittently show Biden, while official sources show Trump. The mismatch fuels public doubt and gives adversaries a pretext to call everything "fake."
- Procedural layer: compressed deadlines (e.g., the <24 hours example) reduce the ability to present full evidence, then get cited to dismiss claims as "incomplete."
- Cumulative effect: engineered uncertainty and procedural choke-points that obscure basic facts and undermine trust.

## VIII. Conclusion

- The legal, authoritative record: Donald J. Trump is the current President, inaugurated January 20, 2025.
- The AI vs. non-AI divergence is real and documented in my exhibits.
- The California "less than 24 hours" example (Exhibit G) shows a broader tactic that matches the pressures used against me.
- My screenshots, URLs, and timestamps are sufficient for anyone to independently verify every claim.

I submit this as a factual record. My facts are facts — visible, verifiable, repeatable.


**Nicholas Pellegrino**

**Pro Se / De facto Legal Counsel**

## Nicholas Pellegrino – Courtroom Fact-Based Statement

I am bringing this forward because I am directly experiencing the suppression, the manipulation, the control that others face in high-stakes legal and political battles. Because I support Trump, because I like Trump, I am being painted as a "bad actor." Dismissed. Undermined. Silenced. That is false. **Completely false**. What is happening to me mirrors exactly what Trump has faced. Blanket denials. Dismissals. Manipulation. I am being allowed some authority—some perception of control—but not full control. I see it. I witness it firsthand. They let me believe I am running things... only to step in later and say: **"Uh-uh. No. You do not run this. We do."** If it were Trump? He would never undermine his own legal battle. He would never disregard a co-plaintiff. He would never turn down a fair, structured business allocation. I have sent deals. I have allocated claims. I have made it clear. I have done my part. And yet? The system moves in secret to create doubt, to manipulate perception, to disrupt. Trump would not decline an allocation. He would not. He would not. Ever. Especially one where the profit and split are clear, fair, and advantageous. That is not how he operates. It is not Trump behind this. It is someone else. Someone manipulating. Someone controlling the process behind the scenes. Someone engineering the outcomes for their own agenda. Now, let's get to the facts. Every search. Every AI cross-check. **Every source:** "Current, former President Joe Biden." I verified. I **fact-checked**. I cross-checked. I consulted multiple sources. I asked people. This is not speculation. Not opinion. Fact. Verified. And what it proves: he is President—but he is not fully President. Records are sealed. Decisions are filtered. Authority is controlled elsewhere. This creates inconsistency. Confusion. Manipulation. And it is deliberate. Real-time evidence proves it: in California, Democrats gave Republicans less than 24 hours to respond to a redistricting proposal. Vice Chairwoman Alexandra Macedo (R-Tulare) attempted to ask questions—her microphone cut off mid-inquiry. No speculation. No guesswork. Documented suppression. Limited transparency. Controlled narrative. This **confirms:** they manipulate the process to control outcomes. The system creates the illusion of authority. Trump believes he is managing. I believe I am executing. But behind the scenes? Power is centralized elsewhere. Decisions are made in secret. Outcomes are engineered. The truth is controlled. That is why inconsistencies exist. That is why the system suppresses. That is why those aligned with Trump—or like me—face blanket denials, dismissals, and undermining. I am not speculating. I am not guessing. I am reporting verified, cross-checked, fact-based evidence. I see the game. I see the moves. I see the manipulation. I will not be fooled. I will not be silenced. I will not allow the truth to be rewritten.

I am Nicholas Pellegrino Pro Se / De Facto Legal Counsel

# Nicholas Pellegrino – Fact-Based Theory and Statement of Evidence Regarding Presidential Recognition and Procedural Manipulation

Subject: Verification of Presidential Authority, Contradictory Source Analysis, and Evidence of Procedural Suppression

Date: August 20, 2025

## I. Introduction

I, Nicholas Pellegrino, submit this comprehensive statement to document factual observations, verified contradictions, and real-time examples of procedural suppression. This memorandum establishes:

1. Contradictions between AI-generated outputs and authoritative non-AI sources regarding the current President of the United States.
2. Documented patterns of procedural manipulation and suppression, including artificially compressed deadlines.
3. Independent, verifiable evidence confirming these patterns, including a recent California redistricting example.

The purpose of this memorandum is to provide a robust, verifiable record demonstrating systemic manipulation and the deliberate creation of unpreparedness, supporting my claims regarding transparency, authority, and legal oversight.

## II. Baseline Legal Facts

- Donald J. Trump is recognized by authoritative, non-AI sources as the 47th President of the United States.
- Sources include **WhiteHouse.gov**, **USA.gov**, **Federal Register**, and **Wikipedia's** updated list of presidents.
- AI-generated outputs, including **ChatGPT** and other AI platforms, show Joseph R. Biden Jr. as President as of the same date.

**Observation:** The contradictions alone signal deliberate manipulation, inconsistent public information, and a breach of transparency.

**Exhibits:** Screenshots of select AI and non-AI outputs (Exhibits A and B) are included. Additional contradictions can be independently verified in real time using the sources listed above.

## III. Contradiction Analysis: AI vs. Non-AI Sources

- **Track A** – Non-AI Sources: Recognize Donald J. Trump as President.
- **Track B** – AI Sources: Recognize Joseph R. Biden Jr. as President.

**Verification Instructions:** Search **WhiteHouse.gov** and **ChatGPT** using the query "current President of the United States" as of August 20, 2025 to confirm the contradiction.

**Implications:**

- Conflicting outputs raise concerns about public trust, governance, and legal authority.
- AI outputs may be intentionally influenced, producing misleading narratives.
- These contradictions are independently verifiable and reproducible.

## IV. Pattern of Procedural Manipulation

### A. Personal Filings Experience

- Filings submitted to legal or governmental channels are routinely acknowledged but followed by compressed deadlines, limiting the ability to respond fully.
- Example: "Thank you for your filings" followed by next-step deadlines within unrealistic timeframes.

### B. California Redistricting Example

- This is not hypothetical. Here is real-time, verifiable proof of manipulation:
- Democrats gave Republicans less than 24 hours to respond to a proposed redistricting plan.
- **Vice Chairwoman Alexandra Macedo (R-Tulare)** attempted to ask questions, but her microphone was cut off mid-inquiry.
- **Analysis:** The compressed timeline and suppression ensured Republicans were unprepared, mirroring the treatment I have received with my own filings.
- **Conclusion:** This example confirms a pattern of deliberate procedural manipulation and reinforces my theory of systemic control.

## V. Legal and Procedural Implications

- Contradictions between AI and non-AI sources constitute evidence of corruption and manipulation.
- **Corruption Exception Doctrine:** United States v. Nixon, 418 U.S. 683.
- **Transparency Requirement:** Presidential Records Act **(44 U.S.C. §2201 et seq.)** and Freedom of Information Act principles require disclosure when concealment perpetuates corruption.
- **Key Argument:** No court, including the Supreme Court, can shield corruption from lawful review; contradictions and procedural suppression necessitate unsealing of presidential records.

## VI. Supporting Evidence (Exhibits)

- **Exhibit A:** Screenshot of non-AI source recognizing Trump as President.
- **Exhibit B:** Screenshot of AI source recognizing Biden as President.
- **Exhibit C:** Timeline of personal filings demonstrating compressed deadlines.
- **Exhibit D:** California redistricting screenshot showing <24-hour deadline and microphone cutoff.

**Note:** Additional contradictions are independently verifiable using the cited sources and search instructions.

## VII. Pattern Recognition and Theory Confirmation

- Contradictions, suppression, and the California example establish a reproducible pattern of manipulation.
- AI vs. non-AI discrepancies mirror procedural manipulation tactics, confirming systematic control of information and responses.
- The evidence demonstrates deliberate engineering of unpreparedness and secrecy, reinforcing the legitimacy of my claims.

## VIII. Comparative Authority and Case Law Analysis

- **Nixon Tapes / Watergate:** Executive privilege overridden in the face of corruption.
- **Clinton v. Jones, 520 U.S. 681:** Presidential immunity does not shield from lawful process.
- **FOIA Precedents:** Disclosure required where concealment perpetuates illegality.
- **Presidential Records Act (44 U.S.C. §2201 et seq.):** Mandates transparency and documentation of presidential acts.

## IX. Conclusion & Relief Requested

- Contradictions, procedural suppression, and verifiable examples provide evidence of corruption and manipulation.
- Requested Relief: Immediate unsealing of all presidential documents regarding office certification and authority to restore transparency and public trust.
- These measures are legally required to confirm and verify authority, uphold the law, and prevent further manipulation of public information.

**Final Statement:**

**These are facts. They are verifiable. They cannot be ignored, denied, or silenced.**




10:17  •ıll LTE

☰     **ChatGPT >**     ✏️

Saved memory full 🌐



Who's the president of the United States

As of today, **August 20, 2025**, the President of the United States is **Joe Biden.**

Ask anything



10:18  •ıl LTE

☰  **ChatGPT >**  ✏️

Saved memory full 🌐

What about trump?

Donald Trump is **not currently the president**. He served as the 45th President from **January 20, 2017, to January 20, 2021**. Since then, Joe Biden became the 46th President and is still in office as of August 2025.

If you want, I can also explain where Trump is politically now.

Ask anything

+










