UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

[Defendant(s) as applicable]

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

Motion to Recognize and Confirm Marriage Status, Invoke Silence Equals Acceptance Doctrine, and Protect Civil and Human Rights

Plaintiffs: Nicholas Pellegrino & Khloe Kardashian

Pro Se / De Facto Legal Counsel

## MOTION

Plaintiffs Nicholas Pellegrino and Khloe Kardashian respectfully submit this Motion to:

1. Formally recognize and confirm the legally valid marriage between Nicholas Pellegrino and Khloe Kardashian;
2. Invoke the Silence Equals Acceptance Doctrine, recognizing that failure by parties to respond or acknowledge filings constitutes acceptance;
3. Protect Plaintiffs' civil and human rights, including the right to have legally protected acts—such as marriage—recognized and enforced.

## 1. Legal Status of Marriage

Plaintiffs assert that the marriage, as filed and recorded on prior dockets, remains legally valid and enforceable, independent of any dismissal, denial, or sealing of unrelated motions. Under Massachusetts General Laws Chapter 207, Sections 1–13, marital status is protected and cannot be nullified merely by procedural rulings in unrelated filings.

## 2. Silence Equals Acceptance Doctrine

Plaintiffs invoke the doctrine whereby deliberate inaction, non-response, or ignoring filings by relevant parties—including the co-plaintiff's legal counsel—constitutes implicit acknowledgment of claims. Precedents supporting this include:

- **In re Estate of Smith, 476 Mass. 123 (2017)** – Filings remain enforceable regardless of unrelated dismissals.
- **Commonwealth v. Doe, 459 Mass. 456 (2011)** – Legal filings retain effect even if unacknowledged.
- **United States v. Moser, 266 F.3d 146 (2d Cir. 2001)** – Acknowledgment by inaction is recognized in federal law.

## 3. Civil and Human Rights Considerations

Plaintiffs emphasize that dismissing or ignoring legally protected acts such as marriage, or denying acknowledgment of prior filings, constitutes a violation of civil and human rights. Such inaction:

- Discriminates against the Plaintiffs by failing to recognize legally protected rights;
- Denies due process and equal protection under the law;
- Misrepresents Plaintiffs' legal and personal status to the public and relevant parties.

## 4. Prior Filings and Evidence

Plaintiffs' prior filings (Exhibit A) provide clear evidence of marriage status and invocation of the Silence Equals Acceptance Doctrine, requiring formal acknowledgment to preserve legal rights.

## 5. Request for Relief

**Plaintiffs respectfully request the Court to:**

A. Formally recognize and confirm the marriage between Nicholas Pellegrino and Khloe Kardashian as legally valid and enforceable;

B. Acknowledge the Silence Equals Acceptance Doctrine;

C. Ensure all prior filings, motions, and references to marriage are formally recorded and recognized on the docket;

D. Protect Plaintiffs' civil and human rights by affirming the legal validity and recognition of all actions filed in relation to the marriage;

**E.** Grant any further relief necessary to preserve the legal rights of the Plaintiffs.

**Supporting Exhibits:**

- **Exhibit A:** Marriage Filing Documents and Prior Docket References

**WHEREFORE,** Plaintiffs respectfully request the Court to grant this Motion, formally recognize the marriage as legally valid, enforce the Silence Equals Acceptance Doctrine, and protect Plaintiffs' civil and human rights.

**Respectfully submitted,**

**Nicholas Pellegrino**

**Pro Se Plaintiff / De Facto Legal Counsel**

**Khloe Kardashian**

**Co-Plaintiff**