# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

Benjamin Crump, Esq., et al.,

Defendants.

Civil Action No.: 1:25-cv-11681

## PLAINTIFF'S STATEMENT ON HARASSMENT AND DEFAMATION AGAINST ADMINISTRATION MEMBERS

### I. Introduction

Plaintiff Nicholas Pellegrino respectfully submits this statement to the Court to address ongoing harassment, defamatory commentary, and threats directed at **Pam Bondi,** Attorney General, and other female members of the Administration, as well as to reiterate the protections already requested under prior filings.

## II. Statement of Facts

1. Multiple public statements and media actions have targeted **Pam Bondi** and other women in the Administration with false, degrading, and harassing commentary.
2. Such actions have no basis in fact, are discriminatory, and interfere with their ability to hold office or carry out official duties.
3. This behavior constitutes a violation of their rights to safety, dignity, and protection from harassment, as recognized under U.S. Constitutional and common law principles.

## III. Purpose of Statement

Plaintiff submits this statement to:

1. Formally record the harassment and defamatory actions targeting **Pam Bondi** and other Administration members.
2. Reinforce the TRO request against the media ecosystem to prevent continued harassment, threats, or defamation.
3. Ensure the Court recognizes the need for protective measures for all named individuals, including women in the Administration, with enforceable remedies for violations.

## IV. Relief Requested

**Plaintiff respectfully requests that the Court:**

1. Take note of this statement on the official record.
2. Reaffirm protections under the TRO for Pam Bondi, Attorney General, and all other female Administration members.
3. Direct any necessary corrective or protective measures to halt ongoing harassment, threats, or defamatory commentary.
4. Grant such further relief as justice and equity require.

## V. Signature Block

Respectfully submitted,

/ s / Nicholas Pellegrino

Plaintiff, Pro Se

Dated: _____