UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

Benjamin Crump, Esq., et al.,

Defendants.

Civil Action No.: 1:25-cv-11681

## PLAINTIFF'S MOTION FOR JOINDER OF PARTIES, PROTECTIVE RELIEF, AND DECLARATION OF LAWFUL ALLOCATION WITH NATURAL LAW AND CONSTITUTIONAL FOUNDATION

**NOW COMES** the Plaintiff, Nicholas Pellegrino, and respectfully moves this Honorable Court, pursuant to **Federal Rule of Civil Procedure 20(a)(2), Rule 65**, and principles of natural law and the United States Constitution, to:

1. Join **Kristi Noem**, Governor of South Dakota, in her personal and official capacities;
2. Join **Nancy Mace,** U.S. Representative for South Carolina's 1st Congressional District, in her personal and official capacities;
3. Issue protective relief for both parties; and
4. Place on record a lawful allocation of **$2,000,000,000 to Nancy Mace**, fully compliant with applicable law.

## I. Parties to Be Joined

1. **Kristi Noem**, Governor of South Dakota, in her personal and official capacities.
2. **Nancy Mace,** U.S. Representative for South Carolina's 1st Congressional District, in her personal and official capacities.

## II. Grounds for Joinder

- **Federal Rule of Civil Procedure 20(a)(2):** Permits joinder where any right to relief arises from the same transaction or where common questions of law/fact exist.
- **Case Law:**
  - Mancia v. Mayflower Textile Servs. Co., 253 F.3d 1 (2d Cir. 2001)
  - Mosley v. Gen. Motors Corp., 497 F.2d 1330 (8th Cir. 1974)
- **Natural Law and Constitutional Basis:**
  - Plaintiff asserts standing as a private citizen exercising inherent rights under natural law and the U.S. Constitution.
  - Relevant protections include: First Amendment (speech and political expression), Fifth Amendment (due process), Fourteenth Amendment (equal protection).

## III. Protective Relief

**Pursuant to Fed. R. Civ. P. 65(a), (b),** Plaintiff requests protective measures for both parties:

1. Monitoring of filings or communications affecting safety, privacy, or reputational interests;
2. Legal safeguards consistent with public figure status, preventing irreparable harm.

**Supporting Case Law:**

- New York Times Co. v. Sullivan, 376 U.S. 254 (1964)
- Calhoun v. City of Oakland, 199 F.3d 1367 (9th Cir. 1999)

**Natural Law Justification:**

- Protective relief aligns with the inherent right to safety and security, fundamental under natural law and essential to civic participation.

## IV. Declaration of Lawful Allocation (Nancy Mace Only)

1. **$2,000,000,000** intended for **Nancy Mace's** political campaign, subject to all FEC regulations and statutory limits.
2. Submitted solely for record purposes, lawful, non-fraudulent, and in good faith.
3. **Supporting Case Law: MedImmune, Inc. v. Genentech, Inc., 549 U.S. 118 (2007)**
4. Natural Law Support: Exercise of property rights and political expression inherent to all individuals and protected by the First Amendment.

## V. Declaratory Statement

**Plaintiff affirms that this filing:**

1. Is lawful, non-fraudulent, and precedent-backed;
2. Is submitted in good faith for procedural, protective, and declaratory purposes;
3. Establishes recorded intentions and protections without imposing obligations beyond what the law permits.

## VI. Relief Requested

**WHEREFORE, Plaintiff respectfully requests that this Court:**

1. Permit joinder of **Kristi Noem** and Nancy Mace;
2. Issue protective relief for both;
3. **Acknowledge lawful allocation to Nancy Mace;**
4. Declare filing **lawful, non-fraudulent**, and submitted in good faith;
5. Grant any further relief consistent with justice and equity.

Respectfully submitted,

/s/ Nicholas Pellegrino

Plaintiff, Pro Se

Dated: _____

**Citations:**

- **Fed. R. Civ. P. 20(a)(2), 65(a), (b), 11**
- **Mancia v. Mayflower Textile Servs. Co., 253 F.3d 1**
- **Mosley v. Gen. Motors Corp., 497 F.2d 1330**
- **New York Times Co. v. Sullivan, 376 U.S. 254**
- **Calhoun v. City of Oakland, 199 F.3d 1367**
- **MedImmune v. Genentech, 549 U.S. 118**
- **Constitutional & Natural Law Principles: First, Fifth, Fourteenth Amendments; inherent rights to safety, property, and civic participation**