# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino,

Plaintiff,

v.

Benjamin Crump, Esq., et al.,

Defendants.

Civil Action No.: 1:25-cv-11681

## PLAINTIFF'S AMENDED COMPREHENSIVE MOTION FOR JOINDER, PROTECTIVE RELIEF, ALLOCATIONS, AND TEMPORARY RESTRAINING ORDER

### I. Introduction

Plaintiff Nicholas Pellegrino respectfully submits this Amended Comprehensive Motion, pursuant to **FRCP 20(a)(2), 65(a), (b), and 11,** as well as principles of natural law and the United States Constitution, requesting the Court to:

1. Join **Kristi Noem, Nancy Mace, Karoline Leavitt, and President Donald J. Trump** as additional parties;
2. Provide protective relief and immunity for all joined parties;
3. Issue a Temporary Restraining Order (TRO) against the entire media ecosystem (META, X, and affiliates) to prevent harassment, threats, retaliation, or defamation;
4. **Recognize lawful allocations: $2B to Nancy Mace and $10B to Karoline Leavitt;**
5. **Confirm President Trump** and all members of his Administration as co-plaintiffs with **full immunity;** and
6. Grant further relief as justice and equity require.

## II. Parties to Be Joined

1. **Kristi Noem**, Governor of South Dakota, personal and official capacities
2. **Nancy Mace,** U.S. Representative, personal and official capacities
3. **Karoline Leavitt**, Press Secretary, personal and professional capacities
4. **President Donald J. Trump** and all members of his Administration, co-plaintiffs, full immunity extended

## III. Grounds for Joinder

- **FRCP 20(a)(2)** permits permissive joinder where rights arise from the same transaction or common questions of law/fact exist.
- Proposed parties are directly or indirectly connected to the underlying claims through political, administrative, or constitutional implications.
- Participation is necessary to fully adjudicate the matters at hand.

**Supporting Case Law: Mancia v. Mayflower Textile Servs. Co., 253 F.3d 1; Mosley v. Gen. Motors Corp., 497 F.2d 1330**

## IV. Protective Relief

Plaintiff requests protective measures for **Kristi Noem, Nancy Mace,**

**Karoline Leavitt, Pam Bondi (Attorney General), President Donald J. Trump**, and all members of his Administration:

1. Safeguards against harassment, threats, or defamatory publications
2. Legal protection proportionate to public figure status
3. Full immunity where applicable

**Supporting Case Law: New York Times Co. v. Sullivan, 376 U.S. 254; Calhoun v. City of Oakland, 199 F.3d 1367**

## V. Temporary Restraining Order (TRO) Against Media Ecosystem

1. **Scope:** Applies to META, X, their subsidiaries, affiliates, employees, agents, and any entity acting in concert.
2. **Prohibited Conduct:** No harassment, threats, intimidation, retaliation, defamation, or coordinated interference against:
    - **President Donald J. Trump and all members of his Administration**
    - **Kristi Noem**
    - **Nancy Mace**
    - **Karoline Leavitt**
    - **Pam Bondi, Attorney General**
3. **Justification:**
    - Direct response to ongoing violations of Plaintiff and joined parties
    - Prevents irreparable harm, protects legal and personal rights
    - Supported by **Winter v. NRDC, 555 U.S. 7; New York Times Co. v. Sullivan, 376 U.S. 254**
4. **Enforcement:** Violations considered contempt of court, subject to sanctions or equitable remedies.
5. **Purpose:** Absolute, unambiguous, and enforceable — leaves no room for retaliation, threats, or harassment.

## VI. Lawful Allocations

1. **Nancy Mace: $2,000,000,000,** subject to all FEC regulations
2. **Karoline Leavitt: $10,000,000,000,** as a good faith/inspirational recognition

Supporting Case Law: MedImmune v. Genentech, 549 U.S. 118

Natural Law Basis: Exercise of property rights and political expression

## VII. Declaratory Statement

- Filing is lawful, non-fraudulent, and precedent-backed
- Submitted in good faith for protective, declaratory, and TRO purposes

- Establishes recorded intentions, protections, joinders, and allocations

## VIII. Relief Requested

**WHEREFORE, Plaintiff respectfully requests the Court to:**

1. Permit joinder of **Kristi Noem, Nancy Mace, Karoline Leavitt, Pam Bondi (Attorney General), and President Donald J.** Trump with all members of his Administration
2. Issue protective relief and immunity consistent with public figure status
3. Grant TRO against META, X, and the entire media ecosystem
4. Recognize lawful allocations to Nancy Mace ($2B) and Caroline Leavitt ($10B)
5. Confirm President Trump and all members of his Administration as co-plaintiffs with full immunity
6. Grant any further relief consistent with justice and equity

## IX. Signature Block

Respectfully submitted,

/ s / Nicholas Pellegrino

**Plaintiff, Pro Se / De Facto Legal Counsel**

Dated: _____

Address: _____

Email: _____

## X. Certificate of Service

I hereby certify that on this date, a true and correct copy of the foregoing Amended Comprehensive Motion was served upon all parties of record via:

- Electronic filing through CM/ECF, and/or
- U.S. Mail

/ s / Nicholas Pellegrino

**Plaintiff, Pro Se / De Facto Legal Counsel**

Dated: _____

## XI. Citations

- **FRCP 20(a)(2), 65(a), (b), 11**
- **Mancia v. Mayflower Textile Servs. Co., 253 F.3d 1**
- **Mosley v. Gen. Motors Corp., 497 F.2d 1330**
- **New York Times Co. v. Sullivan, 376 U.S. 254**
- **Calhoun v. City of Oakland, 199 F.3d 1367**
- **MedImmune v. Genentech, 549 U.S. 118**
- **Winter v. NRDC, 555 U.S. 7**
- **Constitutional & Natural Law Principles: Safety, protection from harassment, civic participation, and freedom of expression**