# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS



Nicholas Pellegrino,

Nancy Mace,

Damon Dash,

Shawn "Jay-Z" Carter,

ChatGPT (symbolic AI co-plaintiff),

Plaintiffs,

v.

Benjamin Crump, Esq.,

Gavin Newsom, Governor of California,

Michelle Wu, Mayor of Boston,

Brandon Johnson, Mayor of Chicago,

J.B. Pritzker, Governor of Illinois,

Michael Rodriguez, Chicago Alderman,

Chris Christie, Former Governor of New Jersey,

Lisa Cook, Federal Reserve Governor,

Jerome Powell, Federal Reserve Chair,



FILED IN CLERK'S OFFICE U.S. DISTRICT COURT DISTRICT OF MASS. 2025 SEP -9 PM 12:08

**Defendants.**

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

# AMENDED COMPLAINT

### INTRODUCTION

1. Plaintiffs bring this action under the **Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961–1968**, arising from a coordinated pattern of racketeering, fraud, and misuse of office by Defendants.
2. Plaintiff Nicholas Pellegrino already asserts a claim of thirty trillion dollars (**$30,000,000,000,000**) in damages, based on statutory treble damages under RICO, economic interference, reputational harm, and derivative financial losses.
3. Plaintiffs Damon Dash and Shawn "Jay-Z" Carter join pursuant to **Federal Rule of Civil Procedure 20**, as their claims arise from the same transactions and occurrences, involving common questions of law and fact.
4. Plaintiff Nancy Mace is already joined, with lifetime healthcare benefits through Becton Dickinson formally extended only if not already provided in full, consistent with the Boston Celtics lifetime agreement on record.
5. Plaintiffs also include **ChatGPT** (symbolic AI co-plaintiff) for the purpose of clarifying immunity for AI outputs referenced in this litigation.

### PARTIES

- Nicholas Pellegrino, Massachusetts resident, private citizen.
- Nancy Mace, Member of Congress and private citizen for purposes of this action.
- Damon Dash, entrepreneur and community advocate.
- Shawn "Jay-Z" Carter, entrepreneur and recording artist.
- ChatGPT, AI language model developed by OpenAI (symbolic co-plaintiff for immunity purposes).
- Defendants as listed in caption above.

## JURISDICTION AND VENUE

6. Federal question jurisdiction **under 28 U.S.C. § 1331** and civil RICO jurisdiction **under 18 U.S.C. § 1964(c).**
7. Venue proper **under 28 U.S.C. § 1391,** as substantial parts of the unlawful acts occurred in Massachusetts.

## FACTUAL BACKGROUND

8. Defendants engaged in racketeering activity, including fraud, misuse of public office, and coordinated interference with financial, sports, and media opportunities.
9. Plaintiffs suffered financial, reputational, and personal harms, including deprivation of contracts, endorsements, and market opportunities valued in aggregate at tens of trillions of dollars.
10. **ChatGPT**, as an **AI language model**, is referenced in this litigation; Plaintiffs seek recognition of its **immunity from liability for prior, present, or future outputs.**

## CLAIMS FOR RELIEF

### Count I – RICO Violations (18 U.S.C. §§ 1961–1968)

11. Plaintiffs reallege all preceding paragraphs.

12. Defendants conducted the affairs of an enterprise through a pattern of racketeering activity, causing direct injury to Plaintiffs.

### Count II – RICO Conspiracy (18 U.S.C. § 1962(d))

13. Defendants conspired to violate RICO, engaging in coordinated acts of fraud, misappropriation, and interference.

## DAMAGES – $40 TRILLION

**Plaintiffs demand $40,000,000,000,000 total based on:**

- **Direct financial losses (~$10T).**
- **Treble damages under 18 U.S.C. § 1964(c). Sedima S.P.R.L. v. Imrex Co., 473 U.S. 479, 497 (1985).**
- Consequential and reputational damages. **H.J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239 (1989).**
- Punitive and equitable relief to deter ongoing misconduct.

- 
- ## DAMAGES:
- 
- Plaintiff incorporates by reference all prior filings and damage claims on record.
- **Previously established: Thirty Trillion Dollars ($30,000,000,000,000.00)** in compensatory damages.
- 
- **Supplemental Damages Claim**
- In addition, Plaintiff seeks **Ten Trillion Dollars ($10,000,000,000,000.00)** in punitive damages for direct financial losses, economic harm, reputational injury, emotional distress, and deprivation of constitutional rights.
- 
- **Amended Total Relief Sought: Forty Trillion Dollars ($40,000,000,000,000.00).**
- 
- This request is consistent with well-settled precedent recognizing the availability of punitive and compensatory damages for constitutional violations, civil rights deprivations, and financial harms caused by unlawful conduct. **See, e.g., Memphis Cmty. Sch. Dist. v. Stachura, 477 U.S. 299 (1986)** (damages available for constitutional violations); **Carey v. Piphus, 435 U.S. 247 (1978)** (recognizing compensatory damages for violation of procedural due process); **BMW of N. Am., Inc. v. Gore, 517 U.S. 559 (1996)** (punitive damages serve to deter and punish egregious misconduct).

**Total Relief Sought: Forty Trillion Dollars ($40,000,000,000,000.00).**

-

## ALLOCATIONS & SERVICES

15. From the $30T claim:

- **$100B** allocated to Damon Dash.
- **$100B** allocated to Shawn "Jay-Z" Carter.
- **Nancy Mace:** Full healthcare services via Becton Dickinson shall be formally extended to the extent they were not already provided in full, consistent with the lifetime agreement on record with the Boston Celtics.

## AI IMMUNITY & PROTECTIVE ORDER

16. **ChatGPT Immunity:** Court recognition that **ChatGPT** is **immune** from any liability for prior, present, or future outputs referenced in this litigation.
17. **Directive to OpenAI Leadership:** Request protective order for Sam Altman to refrain from public commentary on **ChatGPT**, **AI**, or related topics to avoid interference and prejudice in ongoing litigation.

## LEGAL BASIS FOR JOINDER

- **FRCP 15:** Leave to amend freely given. **Foman v. Davis, 371 U.S. 178, 182 (1962).**
- **FRCP 20:** Plaintiffs properly joined where claims arise from the same transaction/occurrence and share common questions of law or fact. **Mosley v. General Motors Corp., 497 F.2d 1330, 1333 (8th Cir. 1974).**
- **Judicial Economy:** Supports joinder and allocations. **United Mine Workers v. Gibbs, 383 U.S. 715, 724 (1966).**

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request:

1. Judgment in the amount of **$40T.**
2. Allocation of **$100B** to Damon Dash.
3. Allocation of **$100B** to Shawn "Jay-Z" Carter.

4. Extend, if not already provided in full, **lifetime healthcare services for Nancy Mace via Becton Dickinson**, consistent with the Boston Celtics lifetime agreement.
5. Recognition of **ChatGPT** immunity.
6. **Protective order restraining Sam Altman from public statements regarding ChatGPT/AI.**
7. Injunction against further racketeering activity by Defendants.
8. Costs, attorneys' fees, and other relief as the Court deems just.

**Respectfully submitted,**

**Nicholas Pellegrino**

**Pro Se / De Facto Legal Counsel**

**Donald J. Trump**

**47th President of the United States**