UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino, Pro Se / De Facto Legal Counsel

Donald J. Trump, 47th President of the United States,

Plaintiffs,

v.

Benjamin Crump, Esq.; Gavin Newsom, Governor of California; Michelle Wu, Mayor of Boston; Brandon Johnson, Mayor of Chicago; J.B. Pritzker, Governor of Illinois; Michael Rodriguez, Chicago Alderman; Chris Christie, Former Governor of New Jersey; Lisa Cook, Federal Reserve Governor; Jerome Powell, Federal Reserve Chair; Nancy Pelosi, Former Speaker of the U.S. House of Representatives; Elizabeth Warren, U.S. Senator; Maxine Waters, U.S. Representative,

Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

MOTION FOR MANDATORY COMPLIANCE UNDER DOCTRINE OF SILENCE'S ACCEPTANCE (SELF-EXECUTING) AND SECTION 12 EVALUATION REQUIREMENTS

To the Honorable Court and All Relevant Parties

## 1. Background

**Pursuant to Section 12** and **the doctrine of silence's acceptance,** Plaintiffs submit this motion for mandatory, self-executing compliance. Any claims or motions put on record are deemed exceptions, and silence or non-response constitutes automatic and binding approval.

## 2. Parties Subject to This Motion

**This motion is directed specifically to the following individuals:**

- Gavin Newsom, Governor of California
- Elizabeth Warren, U.S. Senator
- Nancy Pelosi, Former Speaker of the U.S. House of Representatives
- Maxine Waters, U.S. Representative

## 3. Relief Requested

**Plaintiffs request that the individuals listed above:**

1. Appear in Massachusetts for all **Section 12** evaluations and proceedings.
2. Comply fully and immediately with all actions specified in this motion.

Compliance is mandatory by virtue of this motion being on record and under the doctrine of silence's acceptance.

## 4. Self-Executing and Binding Nature:

**This motion is self-executing and immediately effective:**

- No objection or response is necessary to validate or enforce this motion.
- By the filing and recording of this motion, all requested actions are legally binding without delay.

## 5. Enforcement Provision:

Failure or refusal to comply with this motion, including failure to appear in Massachusetts, constitutes a violation of federal law. Enforcement measures, including U.S. Marshals executing lawful service and delivering the individuals to the designated Massachusetts facility, may be undertaken to ensure compliance.

## 6. Exception Clause:

This motion is filed under the doctrine of exceptions for claims put on record. As such, it cannot be denied, rejected, or ignored by any of the listed individuals. Any failure to comply constitutes acknowledgment of mandatory obligation.

Respectfully submitted,

**Nicholas Pellegrino**

**Pro Se / De Facto Legal Counsel**

**Donald J. Trump**

**47th President of the United States**