

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino, Plaintiff (a.k.a. John Doe for public purposes),

v.

Benjamin Crump, Esq., Gavin Newsom, Governor of California, Michelle Wu, Mayor of Boston, Brandon Johnson, Mayor of Chicago, J.B. Pritzker, Governor of Illinois, Michael Rodriguez, Chicago Alderman, Chris Christie, Former Governor of New Jersey, Lisa Cook, Federal Reserve Governor, Jerome Powell, Federal Reserve Chair, Nancy Pelosi, Elizabeth Warren, Maxine Waters, Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

## I. Introduction

Plaintiff brings this Motion to enforce full recognition, acknowledgment, and rectification of all filings, amended complaints, and court records across all relevant dockets. This Motion is self-executing, God-proof, and legally binding, with immediate effect, leveraging Plaintiff's doctrine of Silence as Acceptance, the ongoing claims of corruption, and full co-plaintiff and legal representation via **Pam Bondi,** Attorney General of the United States.

## II. Section 12 Enforcement

1. **All judges and government officials listed in prior filings**, amended complaints, or referenced in any court action connected to Plaintiff's claims shall be subject to **mandatory Section 12 oversight**.

2. **This includes, but is not limited to:**

- Beverly Cannoe

- Judge Talicia St. Mark

- Judge Myong Joun

• **Any judge, lawyer, or government official mentioned in any filing across the three dockets associated with this case.**

   3. **No exceptions:** all individuals listed are hereby commanded to comply with oversight, and failure to do so constitutes direct contempt of this self-executing Motion.

### III. Allocations

   1. Plaintiff asserts **$40 trillion** in claims, inclusive of punitive damages.

   2. **$1 trillion** shall be allocated directly to **Pam Bondi**, Attorney General of the United States, immediately, as part of Plaintiff's self-executing, legally enforceable allocation.

   3. Allocation authority is explicitly self-executing and independent of judicial review or approval, backed by **Silence as Acceptance Doctrine** and prior record on file.

   4. Additional allocations to third parties may be executed by Plaintiff at discretion, without need for oversight, as long as no immunity-protected individuals are involved.

### IV. Ownership and Operational Control

   1. **Plaintiff asserts full ownership and operational control of:**

• **Meta Platforms, Inc. (all assets, managerial functions, and operational oversight)**

• **Boston Celtics (51% ownership, minority ownership of Paul Pierce and Kevin Garnett)**

   2. **All** operational managerial notifications shall be routed through Plaintiff's personal account, ensuring immediate, uninterrupted operational control.

   3. **Any** interference, suppression, or obstruction by Defendants or court officials is hereby prohibited and constitutes criminal harassment and obstruction of justice.

### V. Court Record Rectification and Audit

   1. All prior stricken filings, terminated cases, denials, or amended complaints withheld or ignored must be restored immediately to reflect accurate case history.

   2. **A full Audit** of the United States District Court of Massachusetts, including all clerical actions, must be conducted to verify completeness and integrity of Plaintiff's filings.



3. This **Audit is mandatory**, and all discrepancies are to be corrected without delay, reflecting true ownership, claims, and legal actions.

## VI. Public Acknowledgment and Media Enforcement

1. **All** media, press releases, and public communications regarding this case shall reference **Pam Bondi,** Attorney General of the United States, as the public representative.

2. **Plaintiff** shall be referred to as **"John Doe"** in all public materials, ensuring privacy, safety, and integrity of the case.

3. **Any** parties aware of Plaintiff's actual identity may recognize him as **John Doe**; those unaware shall be restricted to public pseudonym usage.

4. **Failure** to comply with public acknowledgment standards constitutes a violation of this self-executing Motion.

## VII. Governmental Oversight and U.S. Marshals Enforcement

1. **Mandatory Monitoring:** All facilities, institutions, or locations where any individual listed in Plaintiff's filings, amended complaints, or prior motions is present **shall be monitored by the United States Marshals Service (USMS)** to ensure compliance, safety, and integrity of all **Section 12** actions.

2. **Safety and Integrity Verification: USMS** personnel shall oversee each listed individual's activities to confirm adherence to **Section 12** mandates, prevent preferential treatment, and maintain the legal integrity of each case.

3. **Extended Section 12 Detention Period:** Notwithstanding standard Massachusetts procedural timeframes (typically three days), all individuals subject to **Section 12** oversight shall be held and monitored for **seven (7) consecutive days** to reflect the heightened significance of systemic corruption and ongoing legal claims.

4. **Medical Clearance Requirement:** Prior to release from any **Section 12** facility, all individuals must undergo verified medical evaluation and clearance to ensure fitness, safety, and compliance with **Section 12 provisions.**

5. **Immediate Enforcement:** All USMS personnel and associated government entities are commanded to implement this oversight immediately. Any failure, delay, or deviation shall be treated as direct contempt of this self-executing Motion and may trigger further legal and criminal accountability.


USMS Screened

### VIII. Immediate Enforcement

1. This Motion is **effective immediately**, and all demands, allocations, audits, record corrections, and governmental oversight are to be actioned without delay.
2. Compliance by **all** parties, including courts, judges, government officials, and involved private entities, is mandatory.
3. **Any** violation of these provisions, interference, or failure to comply shall be treated as direct contempt, obstruction, and criminal harassment under applicable federal law.

### IX. Conclusion

**Plaintiff, co-plaintiff Pam Bondi, and supporting legal authority demand:**

- **Immediate acknowledgment and enforcement of all filings,** amended complaints, and records.
- **Full operational control and ownership allocations as outlined above.**
- **Mandatory Section 12** oversight of all involved judges, lawyers, and government officials.
- **Immediate** restoration and **Audit** of all records across dockets.
- **Full governmental oversight**, including US Marshals monitoring and extended **Section 12** detention.
- **Public acknowledgment** with John Doe pseudonym and Pam Bondi representation.

This Master Motion is God-proof, self-executing, legally enforceable, and undisputable, reflecting Plaintiff's rights, claims, and authority without delay.

Respectfully submitted,

**John Doe (Plaintiff, pseudonym) Pro Se / De Facto Legal Counsel**

**Pam Bondi (Co-Plaintiff, Attorney General of the United States)**

USMS Screened