**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Nicholas Pellegrino, Plaintiff (a.k.a. John Doe for public purposes),

v.

Benjamin Crump, Esq., Gavin Newsom, Governor of California, Michelle Wu, Mayor of Boston, Brandon Johnson, Mayor of Chicago, J.B. Pritzker, Governor of Illinois, Michael Rodriguez, Chicago Alderman, Chris Christie, Former Governor of New Jersey, Lisa Cook, Federal Reserve Governor, Jerome Powell, Federal Reserve Chair, Nancy Pelosi, Elizabeth Warren, Maxine Waters, Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

**Statement to the Court Regarding Reported North Carolina Light-Rail Incident**

To the Honorable Court:

I, Nicholas Pellegrino, submit this statement to formally document my observations, concerns, and reasoned analysis regarding the reported North Carolina light-rail incident. My goal is to ensure the record reflects facts, evidence, and careful analysis, rather than assumptions, narrative-driven speculation, or emotional reactions.

**I state upfront:** this submission is not intended to undermine or disrespect any authority, including **Ms. Pam Bondi,** whose professional reputation I deeply respect. My intention is to ensure that all angles are fully considered, and that decisions are guided by verified facts.

Drawing from my first-hand experience, including enforced **Section 12 detention under Judge Beverly Cannoe,** where I directly observed and interacted with mentally ill individuals, I offer the following authoritative observations:

1. **Behavioral Realities of Mentally Ill Individuals:** Based on my direct experience and verifiable documentation during **Section 12** detention, mentally ill individuals do not commit lethal acts spontaneously without provocation. Any claim that the reported suspect randomly attacked a person without provocation is inconsistent with established behavioral patterns.

2. **Transit Operational Improbabilities:** I have extensive knowledge of urban transit systems, including operations in **New York, Boston, Chicago**, and similar cities. Even in these environments with frequent high-stress incidents, it is implausible for an individual to randomly stab another person and be apprehended at the next stop immediately without coordination or prior knowledge of transit operations. The reported timeline and sequence of events are highly improbable and demand careful verification.

3. **Media and Public Narrative Concerns:** Public reports and media coverage have presented the incident as verified fact without evidence. Premature assumptions risk misleading the public, undermining trust, and influencing public reaction. Proper verification must include full surveillance footage, dispatch logs, medical documentation, and credible eyewitness accounts before any conclusions are drawn.

4. **Procedural and Timing Considerations:** The speed at which this incident reportedly reached high-level authorities within the Executive Office underscores the need for rigorous fact-checking. Public statements and policy responses must be based on evidence, not narrative or emotion.

5. **Purpose of This Statement:** I submit this statement as a methodical, reasoned, and fact-driven perspective. It reflects my personal observations, professional knowledge, and understanding of both human behavior and operational realities. This statement is intended to:
    - Ensure all angles of the incident are fully considered.
    - Safeguard the integrity of public understanding and legal proceedings.
    - Provide a measured, authoritative voice grounded in verified facts, not speculation.

6. **Conclusion:** The facts, as I have observed and understood them, do not support the conclusion that a spontaneous, unprovoked lethal attack occurred as reported. Behavioral patterns, operational realities, and timeline improbabilities indicate the need for careful verification. I respectfully request that this statement be considered part of the official record, so all decision-makers, public authorities, and legal actors are guided by reasoned, fact-driven analysis.


USMS Screened

Respectfully submitted,

**Nicholas Pellegrino**

**Plaintiff (a.k.a. John Doe for public purposes)/ Pro Se / De Facto Legal Counsel**

USMS Screened