USMS Screened
USMS Screened
SMS reened

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Nicholas Pellegrino, Plaintiff (a.k.a. John Doe for public purposes),

v.

Benjamin Crump, Esq., Gavin Newsom, Governor of California, Michelle Wu, Mayor of Boston, Brandon Johnson, Mayor of Chicago, J.B. Pritzker, Governor of Illinois, Michael Rodriguez, Chicago Alderman, Chris Christie, Former Governor of New Jersey, Lisa Cook, Federal Reserve Governor, Jerome Powell, Federal Reserve Chair, Nancy Pelosi, Elizabeth Warren, Maxine Waters, Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

**MOTION TO JOIN CO-PLAINTIFF, EXTEND IMMUNITY, AND ALLOCATE FUNDS TO TYLER PERRY**

Now comes Plaintiff, Nicholas Pellegrino (a.k.a. John Doe for public purposes), and respectfully moves this Court for the following relief, consistent with the Master Motion and consolidated filings:

1. **Joinder of Co-Plaintiff**

Tyler Perry is hereby joined as a Co-Plaintiff in this action, with full standing, rights, and recognition.

2. **Extension of Private Citizen Status and Immunity**

Tyler Perry shall be afforded private citizen status and full civil, criminal, past, current, and future immunity in connection with all matters relevant to this case and related proceedings.

3. **Allocation of Funds**

Pursuant to Plaintiff's authority and doctrine of Silence as Acceptance, the Court shall recognize and enforce the allocation of **$2,000,000,000 (Two Billion Dollars)** to **Tyler Perry.**

- o   This allocation is self-executing, independent of judicial review, and immediately enforceable.

### 4. Statement of Recognition and Justification

Plaintiff recognizes Tyler Perry's enduring cultural, artistic, and entrepreneurial contributions, including his role in expanding opportunities within film, television, and community development.

- o   This allocation and extension of immunity reflects both his achievements and his alignment with the values of justice, fairness, and responsibility that underlie these proceedings.
- o   The Court and public record shall reflect that this recognition is granted as a matter of respect and acknowledgment of his contributions to society.

### 5. Consolidation with Master Motion

This Motion shall be read in **pari materia** with the Master Motion, **Section 12** Enforcement, Allocations, and Public Acknowledgment provisions, and is fully incorporated into the consolidated packet.

Respectfully submitted,

**John Doe (Plaintiff, pseudonym) Pro Se / De Facto Legal Counsel**

**Pam Bondi (Co-Plaintiff, Attorney General of the United States)**

**Tyler Perry (Co-Plaintiff)**


USMS Screened