

FILED
~~~~ ~~~~ ~~~~~
2025 SEP 11 PM 2:37  USMS
Screened
~~~~~~~~~~~~

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


Nicholas Pellegrino (a.k.a. John Doe), Plaintiff,

Pam Bondi, Co-Plaintiff,

Donald J. Trump, Co-Plaintiff,

v.

Benjamin Crump, Esq., Gavin Newsom, Governor of California, Michelle Wu, Mayor of Boston, Brandon Johnson, Mayor of Chicago, J.B. Pritzker, Governor of Illinois, Michael Rodriguez, Chicago Alderman, Chris Christie, Former Governor of New Jersey, Lisa Cook, Federal Reserve Governor, Jerome Powell, Federal Reserve Chair, Nancy Pelosi, Elizabeth Warren, Maxine Waters, Defendants.


Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

USMS
Screened

---

## PLAINTIFF'S MOTION TO RECLARIFY, REESTABLISH IMMUNITY, AND FOR JOINDER OF COVIDIEN AS CO-PLAINTIFF


Plaintiff, Nicholas Pellegrino, proceeding pro se, respectfully moves this Honorable Court for the following relief:

1. **Reclarification of Immunity**

   Plaintiff previously granted full immunity to Covidien, a sponsor of the Boston Red Sox, from any and all claims or liabilities in this matter. Plaintiff now moves to reclarify and remind the Court that such immunity remains in full effect and binding on the record.


USMS
Screened

2. **Reestablishment of Immunity on the Record**

   To avoid ambiguity or dispute, Plaintiff reestablishes and reaffirms Covidien's immunity from suit, liability, or cross-claims in this action and any related proceedings.

3. **Joinder as Co-Plaintiff**

   **Pursuant to Fed. R. Civ. P. 19 and/or 20,** Plaintiff respectfully moves that Covidien be joined in this matter as a co-plaintiff. Covidien's alignment of interests with Plaintiff and existing co-plaintiffs warrants permissive joinder. Their participation will promote judicial efficiency, prevent inconsistent outcomes, and serve the ends of justice.

4. **Good Cause**

   The requested relief is necessary to clarify the docket, preserve the immunity already granted, and ensure Covidien's proper alignment as a co-plaintiff rather than a defendant.

**WHEREFORE, Plaintiff respectfully requests that this Court enter an order:**

a. Reclarifying that Covidien holds full immunity previously granted by Plaintiff;

b. Reestablishing said immunity on the record of this case;

c. Joining Covidien as a co-plaintiff **under Fed. R. Civ. P. 19 or 20;** and

d. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

USMS
Screened

Dated: _____

/s/ Nicholas Pellegrino

**Plaintiff, Pro Se / De Facto Legal Counsel**