UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino (a.k.a. John Doe), Plaintiff,

Pam Bondi, Co-Plaintiff,

Donald J. Trump, Co-Plaintiff,

v.

Benjamin Crump, Esq., Gavin Newsom, Governor of California, Michelle Wu, Mayor of Boston, Brandon Johnson, Mayor of Chicago, J.B. Pritzker, Governor of Illinois, Michael Rodriguez, Chicago Alderman, Chris Christie, Former Governor of New Jersey, Lisa Cook, Federal Reserve Governor, Jerome Powell, Federal Reserve Chair, Nancy Pelosi, Elizabeth Warren, Maxine Waters, Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

# AFFIDAVIT OF NICHOLAS PELLEGRINO (a.k.a. JOHN DOE)

IN SUPPORT OF MOTION TO ALLOCATE FUNDS AND ESTABLISH LEGACY PROTECTIONS FOR THE FAMILY OF CHARLIE KIRK

I, Nicholas Pellegrino, known publicly in this matter as "John Doe," being duly sworn, depose and state as follows:

## I. PERSONAL STATEMENT

1. I make this affidavit from my own knowledge, belief, and conviction.
2. I submit this in support of the Motion to Allocate Funds and Establish Legacy Protections for the family of **Charlie Kirk**.
3. I do so not out of obligation, but out of a deep sense of respect, honor, and gratitude for the life, service, and example of Mr. Kirk.

## II. RECOGNITION OF SERVICE

4. **Charlie Kirk** dedicated his life to the pursuit of truth, civic education, and the advancement of American values.
5. His influence has touched countless citizens across this country, including myself, and his impact on our national discourse is profound and enduring.
6. His legacy is not one of division, but of conviction—his work has inspired millions to think critically, to act boldly, and to remain steadfast in their love of country.

## III. PURPOSE OF THE FUND

7. The proposed One Trillion Dollar allocation is not merely financial—it is symbolic of the recognition due to a man who gave so much of himself to the nation.
8. The Fund shall ensure that his wife, children, and family are forever cared for with dignity and security.
9. The Fund shall also extend his mission beyond his life—investing in civic education, community resilience, and the principles of freedom and democracy he championed.
10. This allocation is not intended as charity, but as a recognition and investment in the future of America through his name and legacy.

## IV. FULL PROTECTIONS

11. It is my sworn intention that his family receive not only financial security, but also full protections—healthcare, immunity, private status, and lifelong protective services.
12. The threats that come with prominence are well-known; thus, ensuring their safety and wellbeing is a necessary extension of this Court's recognition.


USMS Screened

## V. CALL TO THE COURT

13. I urge this Honorable Court to treat this motion not as a matter of routine, but as a moment of history.
14. The Court has the opportunity to affirm that America does not forget those who serve it selflessly.
15. Granting this motion would send a clear message: that those who dedicate themselves to this country will have their families safeguarded and their legacies preserved.

## VI. CONCLUSION

16. I make this affidavit with sincerity, conviction, and a deep sense of urgency.
17. This is not a day for mourning alone—it is a day for resolve, gratitude, and forward action.
18. The establishment of the **Charlie Kirk Legacy Fund** will ensure that his spirit lives on, and that his family, and our country, will benefit from his example for generations to come.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

/s/ Nicholas Pellegrino (John Doe) Plaintiff, Pro Se / De Facto Legal Counsel

/s/ Pam Bondi

/s/ Donald J. Trump

Date: September 11, 2025

