(28 U.S.C. § 455)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Nicholas Pellegrino (a.k.a. John Doe), Plaintiff,

v.

[Defendants as captioned]

Civil Action No.: 1:25-cv-11681

---

**MOTION TO DISQUALIFY AND REASSIGN PURSUANT TO 28 U.S.C. § 455**

Plaintiff respectfully moves for the disqualification of Judge Talicia Leah St. Mark and reassignment of this matter to another judge, pursuant to **28 U.S.C. § 455(a) and (b)(1).**

**Grounds**

1. **Section 455(a)** requires disqualification when a judge's impartiality "might reasonably be questioned."

2. **Section 455(b)(1)** requires disqualification where a judge "has a personal bias or prejudice concerning a party."

3. As set forth in the Affidavit filed pursuant to **28 U.S.C. § 144,** Judge St. Mark's actions—including refusing to docket filings, issuing blanket denials labeling fact-based motions as frivolous, and consistently disregarding Plaintiff's evidence—create at least an appearance of partiality.

4. The Supreme Court has made clear that even the appearance of partiality undermines public confidence and requires recusal. **Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847 (1988).**



5. Continued adjudication by the current judge creates a risk that proceedings will be tainted and subsequent rulings subject to reversal.

**Relief Requested**

**Plaintiff respectfully requests that:**

- Judge Talicia Leah St. Mark be disqualified from further participation in this matter;
- This case be reassigned to a different Article III judge;
- Proceedings be stayed pending reassignment.

Respectfully submitted,

/s/ Nicholas Pellegrino

Plaintiff, pro se

Date: _____

