UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


Nicholas Pellegrino (a.k.a. John Doe), Plaintiff,

Pam Bondi, Co-Plaintiff,

Donald J. Trump, Co-Plaintiff,


v.


Benjamin Crump, Esq.,

Gavin Newsom, Governor of California,

Michelle Wu, Mayor of Boston,

Brandon Johnson, Mayor of Chicago,

J.B. Pritzker, Governor of Illinois,

Michael Rodriguez, Chicago Alderman,

Chris Christie, Former Governor of New Jersey,

Lisa Cook, Federal Reserve Governor,

Jerome Powell, Federal Reserve Chair,

Nancy Pelosi,

Elizabeth Warren,

Maxine Waters, Defendants.


Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

**Motion for Invocation of the Godfather Doctrine and Full Enforcement of Celtics Ownership Framework**

## I. Invocation of Governing Doctrines and Acts

**Pursuant to my authority as Plaintiff and originator of the following legislative frameworks:**

1. **Silence is Acceptance Doctrine** – Establishes that any failure to respond or act against documented legal claims constitutes tacit acceptance, enforceable as a basis for remedial action.

2. **Robert Kardashian Legacy Act** – Protects sensitive material and ensures judicial oversight of private matters, allowing invocation for urgent protective measures.

3. **Justice Legacy Act** – Empowers the Plaintiff to seek immediate correction and remediation of demonstrated misconduct, corruption, or obstruction by public officials.

4. **Access, Corporate Capacity, and Public Equity and Reinvestment Act of 2025 (Market Cap & Damage Act)** – Grants authority to allocate, oversee, and rectify corporate equity, ownership, and fiduciary responsibilities.

These four acts, invoked simultaneously, constitute the **"Godfather Doctrine,"** giving Plaintiff full authority to enforce ownership, allocate assets, and take remedial action across all relevant entities.

## II. Ownership Framework for the Boston Celtics

**Effective immediately, the following ownership structure is recognized and legally binding under the Godfather Doctrine:**

| Owner | Ownership % | Role / Authority |
|---|---|---|
| **Nicholas Pellegrino** | 50% | Majority Owner, Godfather Doctrine Executor |
| **Kevin Garnett** | 10% | Minority Owner, Co-Plaintiff, Stakeholder |
| **Paul Pierce** | 10% | Minority Owner, Co-Plaintiff, Primary Point of Contact |
| **Ray Allen** | 10% | Minority Owner, Co-Plaintiff, Stakeholder |
| **Rajon Rondo** | 10% | Minority Owner, Co-Plaintiff, Stakeholder |
| **Kendrick Perkins** | 10% | Minority Owner, Co-Plaintiff, Stakeholder |

 USMS Screened  USMS Screened

All previous owners or parties not listed above (including Bill Chisholm) are to be immediately removed from the ownership registry.

## III. Trades and Player Allocations

**In accordance with the Godfather Doctrine and previously filed motions:**

- **Giannis Antetokounmpo, Marcus Smart, Robert Williams, Pat Beverly, Al Horford, Luke Kornet, Jrue Holiday** are to be assigned to the Boston Celtics immediately.

- Public announcement is authorized to proceed as per ownership discretion; filings, confirmations, or public acknowledgment from Plaintiff are optional.

- **Paul Pierce shall** serve as the primary point of contact for all internal and external communications regarding team operations, trades, or ownership coordination.

## IV. Enforcement Request

**Plaintiff requests:**

1. Immediate enforcement of ownership framework as outlined above.

2. Full compliance from all management, stakeholders, and governing bodies (Boston Celtics, NBA Board of Governors, and applicable federal or state authorities).

3. Recognition and enforcement of all prior filings, proposals, and ignored motions since April 2025 as active and actionable, pursuant to the Silence is Acceptance Doctrine.

4. Immediate remedial action to remove obstructing parties and facilitate player trades without delay.

## V. Declaration

I, Nicholas Pellegrino (a.k.a. John Doe), as Plaintiff, originator of **The Godfather Doctrine** and governing legislative acts herein cited, certify that this filing is a complete and accurate representation of all legal claims, ownership directives, and remedial requests.

**Signed:**

Nicholas Pellegrino (a.k.a. John Doe)

De Facto Legal Counsel, Executor of Godfather Doctrine

Pam Bondi & Donald J. Trump

Co-Plaintiff's





USMS Screened