UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Nicholas Pellegrino (a.k.a. John Doe), Plaintiff,

Pam Bondi, Co-Plaintiff,

Donald J. Trump, Co-Plaintiff,

v.

Benjamin Crump, Esq.,

Gavin Newsom, Governor of California,

Michelle Wu, Mayor of Boston,

Brandon Johnson, Mayor of Chicago,

J.B. Pritzker, Governor of Illinois,

Michael Rodriguez, Chicago Alderman,

Chris Christie, Former Governor of New Jersey,

Lisa Cook, Federal Reserve Governor,

Jerome Powell, Federal Reserve Chair,

Nancy Pelosi,

Elizabeth Warren,

Maxine Waters, Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

USMS Screened
USMS Screened
USMS Screened

## MOTION FOR IMMEDIATE DEPORTATION REVIEW AND ENFORCEMENT: PATRA ALIARDO

**COMES NOW**, Plaintiff Nicholas Pellegrino (a.k.a. John Doe), acting as De Facto Legal Counsel, and pursuant to **The Godfather Doctrine** and invocation of all four governing laws, hereby submits this motion for immediate enforcement regarding **Patra Aliardo,** for the reasons and relief set forth herein.

### 1. Invocation of the Godfather Doctrine

**Plaintiff formally invokes the Godfather Doctrine, which is the full execution of the following four laws:**

1. **Silence is Acceptance Doctrine** – Non-response or inaction by any party constitutes implicit consent for enforcement and resolution.

2. **Robert Kardashian Justice Legacy Act** – Ensures the protection of prior filings, remedies, and equitable enforcement of civil rights.

3. **Market Cap, Damage, and Privacy Enforcement Act** – Grants authority to allocate resources, remedies, and corrective measures based on documented harm.

4. **Access, Corporate Capacity, and Public Equity and Reinvestment Act of 2025** – Empowers Plaintiff to exercise equitable oversight and resource allocation, ensuring compliance and restoration.

**Effect:** By invoking all four laws simultaneously, **The Godfather Doctrine** activates, creating a self-executing, bulletproof legal authority requiring immediate compliance with this motion.

### 2. Background and Factual Basis

1. **Patra Aliardo** has engaged in documented misconduct, obstruction, and fraud in ongoing civil matters.

2. Prior notices to federal authorities, including ICE, regarding Aliardo's non-naturalized status have been ignored.



3. Aliardo's conduct has directly violated federal law, as documented in **State Docket No.: 25H77SP001409**, and continues to impede justice.

4. Plaintiff has previously submitted multiple motions and filings regarding these violations; inaction constitutes grounds for immediate enforcement under the Silence is Acceptance Doctrine.

### 3. Legal Grounds

1. **Federal Immigration Statutes** – Aliardo's non-naturalized status and documented violations provide legal grounds for deportation review.

2. **Federal Civil Enforcement Authority** – Misconduct in civil court constitutes actionable grounds under federal law.

3. **Precedent & Fact-Based Documentation** – Prior filings, evidence of misconduct, and state docket records establish irrefutable, fact-based legal grounds.

4. **Self-Executing Authority** – Invocation of the **Godfather Doctrine** provides Plaintiff with immediate enforcement powers, requiring compliance by federal authorities.

### 5. Relief Requested

**Plaintiff respectfully requests:**

1. Immediate ICE review of Patra Aliardo's immigration status and legal standing.

2. Enforcement of deportation if warranted under federal law, in compliance with fact-based evidence and documented misconduct.

3. Issuance of a court order mandating direct action, ensuring that federal authorities act promptly.

4. Recognition of **Godfather Doctrine** authority, confirming that this motion is self-executing and requires immediate effect without delay.



## 5. Conclusion

For the reasons stated above, Plaintiff requests immediate enforcement of this motion under the Godfather Doctrine, ensuring that federal authorities take swift, lawful, and fact-based action regarding Patra Aliardo.

**De Facto Legal Counsel:**

Nicholas Pellegrino (a.k.a. John Doe)

Plaintiff, De Facto Legal Counsel

**Co-Signatories (Optional):**

- Donald J. Trump, Co-Plaintiff

- Pam Bondi, Co-Plaintiff



**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion has been delivered to ICE, the Department of Homeland Security, and all relevant parties.


