**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**



---

Nicholas Pellegrino,

Plaintiff (a.k.a. John Doe for public purposes),

v.

Benjamin Crump, Esq.; Gavin Newsom, Governor of California; Michelle Wu, Mayor of Boston; Brandon Johnson, Mayor of Chicago; J.B. Pritzker, Governor of Illinois; Michael Rodriguez, Chicago Alderman; Chris Christie, Former Governor of New Jersey; Lisa Cook, Federal Reserve Governor; Jerome Powell, Federal Reserve Chair; Nancy Pelosi; Elizabeth Warren; Maxine Waters,

Defendants.

Civil Action No.: 1:25-cv-11681

Reference Case: 1:25-cv-10861-MJJ

State Docket No.: 25H77SP001409

---

**PLAINTIFF'S MOTION FOR SELF-EXECUTING TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**INTRODUCTION**

Plaintiff Nicholas Pellegrino (a.k.a. John Doe for public purposes) respectfully moves for a self-executing transfer of this action to the United States District Court for the District of Columbia (D.D.C.).



**This request arises because:**

- All judges of the District of Massachusetts are disqualified or accused **under 28 U.S.C. § 455,** and no reassignment has occurred.

- Numerous filings have been stricken without hearing, creating prejudice and undermining due process.

- Plaintiff has been denied ECF credentials and full access, preventing meaningful participation.

The Court's judicial capacity in this District has collapsed. Without transfer, Plaintiff's constitutional rights remain unprotected.

---

### FACTUAL BACKGROUND

1. Plaintiff has filed more than 300 pleadings and motions in this case, totaling thousands of pages of record evidence.

2. Many filings have been stricken without hearing or written explanation, preventing appellate review.

3. No judge has been reassigned despite conflicts, leaving the case in a judicial void.

4. Plaintiff has been denied access to the ECF system, blocking fair litigation.

5. Plaintiff faces imminent harm, including financial deprivation and hardship, without resolution or relief.

### LEGAL BASIS

- **28 U.S.C. § 1404(a):** Transfer may be made "in the interest of justice."

- **28 U.S.C. § 1406(a):** When venue is defective or inoperable, dismissal is not required; transfer is proper.

- **28 U.S.C. § 455:** All conflicted judges must disqualify. If all judges are disqualified, the court is incapacitated.

- **Fed. R. Civ. P. 77(c):** The Clerk must perform ministerial duties when the Court cannot.

- **28 U.S.C. § 751:** The Clerk is the custodian of records and must preserve and transmit them when required.



Together, these authorities make clear that the Clerk has a ministerial duty to transmit this matter to an operational court.

## ARGUMENT

1. Judicial Inaction Cannot Nullify Rights. Where judges are disqualified, silence cannot deprive a litigant of relief.

2. Clerk Authority Exists. The Clerk, as custodian, must act to preserve the case by transmitting the full docket to D.D.C.

3. D.D.C. is the Logical Venue. D.D.C. is the administrative hub of federal government litigation, with jurisdiction over government actors and RICO-based claims.

4. Transfer Protects the Record. Plaintiff seeks restoration of stricken filings so that the full evidentiary record is preserved for review.

## RELIEF REQUESTED

**Plaintiff respectfully requests the following:**

1. That the Clerk of Court certify and transmit the complete docket (including stricken filings) for **Civil Action No. 1:25-cv-11681, related Case No. 1:25-cv-10861-MJJ, and State Docket No. 25H77SP001409,** to the Clerk of the United States District Court for the District of Columbia for reassignment to an unconflicted judge.

2. That the record be restored in full, including previously stricken filings, to preserve Plaintiff's due process rights.

3. That Plaintiff be granted full ECF credentials in the transferee court, with all filing fees waived under the Court's equitable authority, given prior denial of access.

4. That Plaintiff not be charged any transfer or docket fees, and that PACER fees be waived to ensure equal access.

5. That this Court grant such further relief as may be just and proper.



**CONCLUSION**

Because all judges in the District of Massachusetts are disqualified under **28 U.S.C. § 455**, and no reassignment has occurred, this Court cannot proceed. Transfer is the only lawful, just, and efficient remedy.

Respectfully submitted,

/s/ Nicholas Pellegrino

Plaintiff, Pro Se (a.k.a. John Doe for public purposes)

USMS Screened