UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<u>Nicholas Pellegrino</u>

      v.                                                    Civil No. 25-cv-11681-LBM

<u>Judge Myong Joun et al.</u>

<u>ORDER</u>

The court has before it a Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 23, 2025 (doc. no. 108). Plaintiff filed numerous documents the court has construed as objections to this Report and Recommendation. After due consideration of the objections filed (doc. nos. 109, 114, 115, 121-124, 126, 129, 131, 132, 148, 150, 155, 157, 163, 173, 197, 198 & 202), I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 23, 2025.

The Clerk shall enter judgment and close the case.

                                                         _____
                                                         Landya B. McCafferty
                                                         United States District Judge

Date: November 17, 2025

cc: Nicholas Pellegrino, pro se