# United States Court of Appeals
## For the First Circuit

———————————

No. 25-2124

NICHOLAS PELLEGRINO,

Plaintiff - Appellant,

v.

JUDGE MYONG J. JOUN; TIMOTHY D. SULLIVAN; CLERKS OF FEDERAL AND STATE
COURT; NBC BOSTON; YOUTUBE, LLC.; JUDGE LYDIA B. MCCAFFERTY; JUDGE
TALESHA LEAH SAINT-MARC; MICHELLE WU, Boston Mayor; WCVB-CHANNEL 5;
FOX CORPORATION; FOX NEWS MEDIA; JOY TAYLOR; CABLE NEWS NETWORK,
INC.; META PLATFORMS, INC.; FACEBOOK; INSTAGRAM; THREADS; WHATSAPP;
MARK ZUCKERBERG; ALPHABET INC.; GOOGLE; AMAZON; AMAZON.COM, INC.;
APPLE INC.; NETFLIX, INC.; THE WALT DISNEY COMPANY; MICROSOFT
CORPORATION; COMCAST CORPORATION; PARAMOUNT GLOBAL, (formerly
ViacomCBS); NEWS CORPORATION; WARNER BROS.; DISCOVERY, INC.; SONY
CORP.; SPOTIFY TECHNOLOGY S.A.; TWITTER, INC., (now X Corp.); 100 JOHN DOES
subsidiaries, agents, and contractors of the named defendants,

Defendants - Appellees.

———————————

Before

Gelpí, Montecalvo, and Rikelman,
Circuit Judges.

———————————

**JUDGMENT**

Entered: April 13, 2026

Pro se plaintiff-appellant Nicholas Pellegrino appeals from the sua sponte dismissal of his
civil action. The district court dismissed the action after preliminary screening under 28 U.S.C. §
1915(e)(2)(B). Mr. Pellegrino has also filed a motion to proceed in forma pauperis on appeal, a
motion to seal certain documents on the appellate docket, and several other motions.

Mr. Pellegrino's motion to proceed in forma pauperis on appeal is allowed. See Fed. R.
App. P. 24(a)(3). The motion to seal is allowed only with respect to the documents titled "Motion

for Leave to Withdraw Certain Filings (Limited Scope)" and "Motion to Accept Witness Declaration and Verified Statement," which appear to contain the names of a number of private third parties. The motion to seal is otherwise denied, and the documents tendered under provisional seal will be returned to Mr. Pellegrino. See 1st Cir. R. 11.0(c)(2).

We assume, without deciding, that our review of the district court's screening dismissal is de novo. See Bradshaw v. Corr. Med. Servs., Inc., 6 F. App'x 45, 46 (1st Cir. 2001) (per curiam) (reviewing screening dismissals for failure to state a claim de novo); but see Watson v. Caton, 984 F.2d 537, 539 (1st Cir. 1993) (under prior version of screening statute, reviewing dismissal for frivolousness for abuse of discretion). After careful review of the district court record and Mr. Pellegrino's filings on appeal, we conclude that the appeal does not present a "substantial question" and that summary affirmance is in order. See 1st Cir. R. 27.0(c). We arrive at this conclusion substantially for the reasons set forth in the July 23, 2025, Report and Recommendation, adopted by the district court on November 17, 2025. Mr. Pellegrino's motion to amend the complaint, filed in this court, is denied. Finally, we conclude the district court acted well within its discretion to manage the congested docket in this case and adequately addressed the various motions filed by Mr. Pellegrino.

The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c). All other pending motions, to the extent not mooted by the foregoing, are denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nicholas Pellegrino
Donald Campbell Lockhart
Abraham R. George