# United States Court of Appeals
## For the First Circuit

No. 25-2124

NICHOLAS PELLEGRINO,

Plaintiff - Appellant,

v.

JUDGE MYONG J. JOUN; TIMOTHY D. SULLIVAN; CLERKS OF FEDERAL AND STATE COURT; NBC BOSTON; YOUTUBE, LLC.; JUDGE LYDIA B. MCCAFFERTY; JUDGE TALESHA LEAH SAINT-MARC; MICHELLE WU, Boston Mayor; WCVB-CHANNEL 5; FOX CORPORATION; FOX NEWS MEDIA; JOY TAYLOR; CABLE NEWS NETWORK, INC.; META PLATFORMS, INC.; FACEBOOK; INSTAGRAM; THREADS; WHATSAPP; MARK ZUCKERBERG; ALPHABET INC.; GOOGLE; AMAZON; AMAZON.COM, INC.; APPLE INC.; NETFLIX, INC.; THE WALT DISNEY COMPANY; MICROSOFT CORPORATION; COMCAST CORPORATION; PARAMOUNT GLOBAL, (formerly ViacomCBS); NEWS CORPORATION; WARNER BROS.; DISCOVERY, INC.; SONY CORP.; SPOTIFY TECHNOLOGY S.A.; TWITTER, INC., (now X Corp.); 100 JOHN DOES subsidiaries, agents, and contractors of the named defendants,

Defendants - Appellees.

**MANDATE**

Entered: July 17, 2026

In accordance with the judgment of April 13, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Abraham R. George
Donald Campbell Lockhart
Nicholas Pellegrino